**Service List**
**Ecube**
**#903.3**
Oct. 9, 2025

Analysis Group
111 Huntington Ave 14th FL
Boston MA  02199

Arizona Roll Off Services
830 East Sherman St
Phoenix AZ  85034

Best Cleaner Disposal
15 S 4th Avenue
Brighton CO  80601

Boren Brothers
808 Rhoads Ave
Columbus OH  43205

C & R Container Services
1240 Win Dr
Bethlehem PA  18017

California Office of Attorney General
Attn: Bankruptcy Notices
300 South Spring Street
Los Angeles, CA 90013-1230

Carolina Waste Group
249 North Hartman Road
Dallas, NC 28034

Celtic Bank
c/o Stripe
354 Oyster Point Blvd
South San Francisco, CA 94080

Coastal Waste
4950 Communication Ave #920
Boca Raton, FL 33431

City of Fort Worth
PO Box 99005
Fort Worth, TX 76199

Comptroller of Public Accounts
c/o office of Attorney General
Bankruptcy – Collections Div MC-008
PO Box 12548
Austin, TX 78711

Curbside Waste
18150 118th Avenue North
Dayton, MN 55369

Delaware Department of Justice
Carvel State Building
820 N. French St.
Wilmington, DE 19801

Frontier Waste Solutions
1530 North Highway 77
Hillsboro, TX 76645

Fusion Waste and Recycling
6318 Interstate 45
Wilmer, TX 75172

GFL Environmental
3301 Benson Drive
Raleigh, NC 27609

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Ionic LLC
7303 Chimney Corners
Austin, TX 78731

Magic Inc
2810 North Church Street #55531
Wilmington, DE 19802

MBG Refuse
7457 Shipley Avenue
Harmas, MD 21077

Munsch Hardt Kopf and Harr
500 North Akard Street #4000
Dallas, TX 75201

Rio Grande Waste Services
7120 Copper Queen Drive
El Paso, TX 79915

Scotthulse PC
201 East Main Drive #1100
El Paso, TX 79901

Tarrant County
Tax Assessor-Collector
100 E. Weatherford St.
Fort Worth, TX 76196

Texas Pride Disposal
PO Box 1186
Rosenberg, TX 77471

Texas Attorney General's Office
Bankruptcy-Collections Division
PO Box 12548
Austin, TX 78711

Universal Waste Systems
3612 South 36th Street
Phoenix, AZ 85040

US Trustee
1100 Commerce Street, Rm 976
Dallas, TX 75202

Ware Disposal
1035 East 4th Street
Santa Ana, CA 92701