Fill in this information to identify the case:

Debtor name **Ecube Labs Co.**

United States Bankruptcy Court for the:
**Northern District of Texas**

Case number (if known): 25-43950-mxm11

❑ Check if this is an
amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors       **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

❑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

❑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

❑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑  *Schedule H: Codebtors* (Official Form 206H)

❑  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

❑  *Amended Schedule* ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑  Other document that requires a declaration ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **10/13/2025**
                 MM/  DD/  YYYY

X ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Signature of individual signing on behalf of debtor

**James Noh**
Printed name

**Chief Operating Officer,
Chief Financial Officer**
Position or relationship to debtor

Official Form B202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name **Ecube Labs Co.**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): 25-43950-mxm11

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Ionic LLC<br>7303 Chimney Corners<br>Austin, TX 78731 | Joshua Rosenberg<br>(512) 560-0016<br>joshua.rosenberg@ionic.law | Legal Expenses | | | | $2,015,255.61 |
| 2 | FRONTIER WASTE SOLUTIONS<br>1530 NORTH HIGHWAY 77<br>Hillsboro, TX 76645 | (888) 854-2905 | Trade Debt | | | | $802,754.18 |
| 3 | MUNSCH HARDT KOPF AND HARR<br>500 NORTH AKARD STREET 4000<br>Dallas, TX 75201 | (214) 855-7500<br>pappenzeller@munsch.com | Legal Fees | | | | $498,143.17 |
| 4 | Celtic Bank<br>c/o Stripe<br>354 OYSTER POINT BOULEVARD<br>South San Francisco, CA 94080 | (888) 926-2289 | Money Loaned | | | | $193,943.00 |
| 5 | COASTAL WASTE<br>4950 COMMUNICATION AVE #920<br>Boca Raton, FL 33431 | coastalcs@coastalwasteinc.com<br>Alex Rubio<br>(954) 947-4000 | Trade Debt | | | | $133,427.49 |
| 6 | UNIVERSAL WASTE SYSTEMS<br>3612 SOUTH 36TH STREET<br>Phoenix, AZ 85040 | Ryan O'Donnell<br>(480) 970-1600<br>ryanodonnell@uwscompany.com | Trade Debt | | | | $85,928.36 |
| 7 | TEXAS PRIDE DISPOSAL<br>PO Box 1186<br>Rosenberg, TX 77471 | Eden Thomas<br>(281) 342-8178<br>service@texaspridedisposal.com | Trade Debt | | | | $46,277.18 |
| 8 | CAROLINA WASTE GROUP<br>249 NORTH HARTMAN ROAD<br>Dallas, NC 28034 | (704) 422-4222 | Trade Debt | | | | $45,212.00 |

Debtor   **Ecube Labs Co.**
_____
Name

Case number *(if known)* 25-43950-mxm11

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | RIO GRANDE WASTE SERVICES 7120 COPPER QUEEN DRIVE El Paso, TX 79915 | Cheryl L. Caponigro (915) 626-5777 Cheryl@riograndewaste.com | Trade Debt | | | | $39,237.59 |
| 10 | FUSION WASTE AND RECYCLING 6318 INTERSTATE 45 Wilmer, TX 75172 | Martin Garcia (972) 675-7767 service@fusionwaste.com | Trade Debt | | | | $25,915.58 |
| 11 | MAGIC INC 2810 NORTH CHURCH STREET, #55531 Wilmington, DE 19802 | Lorilie Refuerzo magiccorerecruitment@pluslabs.org | Trade Debt | | | | $24,773.27 |
| 12 | ANALYSIS GROUP 111 HUNTINGTON AVENUE, 14th Floor Boston, MA 02199 | (617) 425-8000 Michael Barrett (617) 425-8490 michael.barrett@analysisgroup.com | Trade Debt | | | | $15,284.00 |
| 13 | WARE DISPOSAL 1035 EAST 4TH STREET Santa Ana, CA 92701 | Jay Ware (877) 714-9273 | Trade Debt | | | | $14,324.95 |
| 14 | GFL ENVIRONMENTAL 3301 BENSON DRIVE Raleigh, NC 27609 | Jim Perry (919) 325-4000 | Trade Debt | | | | $10,518.89 |
| 15 | BOREN BROTHERS 808 RHOADS AVENUE Columbus, OH 43205 | Zach Boren (614) 397-9688 zboren@borenbrothers.com | Trade Debt | | | | $10,187.96 |
| 16 | MBG REFUSE 7457 SHIPLEY AVENUE Harmans, MD 21077 | Daniel Gunther (410) 999-8282 info@mbgrefuseservice.com | Trade Debt | | | | $8,145.07 |
| 17 | C & R CONTAINER SERVICES 1240 WIN DRIVE Bethlehem, PA 18017 | Javier Roman (610) 849-1775 dispatch.cr@outlook.com | Trade Debt | | | | $8,030.34 |
| 18 | SCOTTHULSE PC 201 EAST MAIN DRIVE #1100 El Paso, TX 79901 | (915) 533-2493 Info@ScottHulse.com | Legal Fees | | | | $5,563.20 |
| 19 | BEST CLEANER DISPOSAL 15 SOUTH 4TH AVENUE Brighton, CO 80601 | (303) 659-3779 customerservice@bestcleanerdisposal.com | Trade Debt | | | | $5,373.25 |
| 20 | CURBSIDE WASTE 18150 118TH AVENUE NORTH Dayton, MN 55369 | Brian Torres (763) 533-2500 customerservice@curbsidewaste.com | Trade Debt | | | | $4,059.88 |