**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE:

**ECUBE LABS CO.,**

*Debtor.*

CASE NO  25-43950-mxm11

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  10/9/2025      Signature _____

James Noh,
Chief Operating Officer, Chief Financial Officer

ACE RECYCLING AND DISPOSAL
2274 SOUTH TECHNOLOGY DRIVE
West Valley City, UT 84119

ADAMS DISPOSAL
1517 COLWELL LANE
Conshohocken, PA 19428

ADP, Inc.
Attn: Chelsea Pries
One ADP Boulevard
Roseland, NJ 07054

ADVANTAGE WASTE DISPOSAL
2500 WEST BURTON ROAD
Balch Springs, TX 75180

AMERICAN RECLAMATION
4560 DORAN STREET
Los Angeles, CA 90039

ANALYSIS GROUP
111 HUNTINGTON AVENUE, 14th Floor
Boston, MA 02199

ANYTIME WASTE
1212 OUTER LOOP
Louisville, KY 40219

APEX WASTE SOLUTIONS
1809 NORTH CIRCLE DRIVE
Colorado Springs, CO 80909

AREA REFUSE
580 OBRECHT ROAD
Sykesville, MD 21784

ARIZONA ROLL OFF SERVICES
830 EAST SHERMAN STREET
Phoenix, AZ 85034

ASPEN WASTE
13710 GREEN ASH COURT
Earth City, MO 63045

ATLAS DISPOSAL
3140 GOLD CAMP DRIVE #30
Rancho Cordova, CA 95670

BERKELEY RESEARCH GROUP
2200 POWELL STREET #1200
Emeryville, CA 94608

BEST CLEANER DISPOSAL
15 SOUTH 4TH AVENUE
Brighton, CO 80601

BOREN BROTHERS
808 RHOADS AVENUE
Columbus, OH 43205

BOSMAN DISPOSAL
4319 BUTTERFIELD ROAD
Bellwood, IL 60104

BOZZUTO BROS REFUSE SERVICE
1002 MIDDLETOWN AVENUE
Northford, CT 06472

C & R CONTAINER SERVICES
1240 WIN DRIVE
Bethlehem, PA 18017

California Office of Attorney General
Attn: Bankruptcy Notices
300 South Spring Street
Los Angeles, CA 90013

CAPITAL WASTE SERVICES
1450 BLUFF ROAD
Columbia, SC 29201

CAROLINA WASTE GROUP
249 NORTH HARTMAN ROAD
Dallas, NC 28034

Celtic Bank
c/o Stripe
354 OYSTER POINT BOULEVARD
South San Francisco, CA 94080

City of Fort Worth
PO Box 99005
Fort Worth, TX 76199

COASTAL WASTE
4950 COMMUNICATION AVE #920
Boca Raton, FL 33431

Comptroller of Public
Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin, TX 78711

CONSOLIDATED CONTAINER
GROUP
1885 FEDERAL PARKWAY
Columbus, OH 43207

CONTROL WASTE SERVICES
15912 HOLLISTER STREET
Houston, TX 77066

CURBSIDE WASTE
18150 118TH AVENUE NORTH
Dayton, MN 55369

DBI WASTE SYSTEMS
377 THIRD STREET
Everett, MA 02149

Delaware Department of
Justice
Carvel State Building
820 N. French St.
Wilmington, DE 19801

DETROIT DISPOSAL
1475 EAST MILWAUKEE AVENUE
Detroit, MI 48211

DIALPAD
2700 CAMINO RAMON #490
San Ramon, CA 94583

EAGLE DISPOSAL
21107 OMEGA CIRCLE
Franksville, WI 53126

EXTRA SPACE STORAGE
5425 O'DONNELL STREET
Baltimore, MD 21224

FAYETTE WASTE
1790 PITTSBURGH STREET
Waltersburg, PA 15488

FRONTIER WASTE
SOLUTIONS
1530 NORTH HIGHWAY 77
Hillsboro, TX 76645

FUSION WASTE AND
RECYCLING
6318 INTERSTATE 45
Wilmer, TX 75172

GFL ENVIRONMENTAL
3301 BENSON DRIVE
Raleigh, NC 27609

GREAT WASTE
3051 NORTHWEST 129 STREET
Opa Locka, FL 33054

GSS WASTE
79 EAST OLD BALTIMORE PIKE
Media, PA 19063

HKA GLOBAL LLC
1735 MARKET STREET #1100
Philadelphia, PA 19103

HOUSTON WASTE SERVICES
8919 PRAIRIE DRIVE
Houston, TX 77064

HUGHES TRASH
4501 DAVE RILL ROAD
Hampstead, MD 21074

ICE MILLER LLP
1500 BROADWAY Suite 2900
New York, NY 10036

INDEPENDENT RECYCLING SERVICES
2401 SOUTH LAFLIN
Chicago, IL 60608

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101

Ionic LLC
7303 Chimney Corners
Austin, TX 78731

J AND K TRASH
2325 WEST SECOND STREET
Chester, PA 19013

JWL RECYCLING SERVICES
2000 EAST 122ND STREET
Chicago, IL 60629

KMG HAULING
14 BRYANT COURT
Sterling, VA 20166

MAGIC INC
2810 NORTH CHURCH STREET, #55531
Wilmington, DE 19802

MBG REFUSE
7457 SHIPLEY AVENUE
Harmans, MD 21077

MIDWEST PAPER RETRIEVER
2401 SOUTH LAFLIN STREET
Chicago, IL 60608

MORGANTOWN DISPOSAL
1000 COOMBS FARM DRIVE
Morgantown, WV 26508

MUNSCH HARDT KOPF AND HARR
500 NORTH AKARD STREET 4000
Dallas, TX 75201

NATIONAL WASTE AND DISPOSAL
2214 NORTH 170TH EAST AVENUE
Tulsa, OK 74116

NOBLE ENVIRONMENTAL
111 CONNER LANE
Belle Vernon, PA 15012

ONE WAY
101 MARTIN STREET
Longmont, CO 80501

ORLANDO WASTE PAPER
2715 STATEN AVENUE
Orlando, FL 32804

PATRIOT SANITATION
MANAGEMENT
819-A PURSER DRIVE
Raleigh, NC 27603

PRIORITY WASTE
45000 RIVER RIDGE DRIVE
Clinton Township, MI 48038

RIO GRANDE WASTE
SERVICES
7120 COPPER QUEEN DRIVE
El Paso, TX 79915

SAGE DISPOSAL
8646 BLACKWOOD DRIVE
Windsor, CO 80550

SCOTTHULSE PC
201 EAST MAIN DRIVE #1100
El Paso, TX 79901

Tarrant County
Tax Assessor-Collector
100 E. Weatherford St.
Fort Worth, TX 76196

TEAM CLEAN AND HAUL
1223 SOUTH 3RD STREET
Phoenix, AZ 85004

Texas Attorney General's Office
Bankruptcy-Collections Division
PO Box 12548
78711

TEXAS DISPOSAL SYSTEMS
12200 CARL ROAD
Creedmoor, TX 78610

TEXAS PRIDE DISPOSAL
PO Box 1186
Rosenberg, TX 77471

T-MOBILE
2920 SOUTHEAST 38TH STREET
Bellevue, WA 98006

TOTAL WASTE
605 SOUTH CATON AVENUE
Baltimore, MD 21229

UNIVERSAL WASTE SYSTEMS
3612 SOUTH 36TH STREET
Phoenix, AZ 85040

US Trustee
1100 Commerce St. Room 976
Dallas, TX 75242

WALKERS TOTAL SOLUTION
23994 GAY LAKE ROAD
Montgomery, TX 77356

WALL RECYCLING
2310 GARNER ROAD
Raleigh, NC 27610

WARE DISPOSAL
1035 EAST 4TH STREET
Santa Ana, CA 92701

WASTE CONNECTIONS
5516 ROZZELLES FERRY ROAD
Charlotte, NC 28214

WB WASTE SOLUTIONS
1701 OLIVE STREET
Capitol Heights, MD 20743