**Fill in this information to identify the case:**

Debtor Name **Ecube Labs Co.**

United States Bankruptcy Court for the: **Northern** District of **Texas**
(State)

Case number (If known): **25-43950-mxm11**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** | _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Wells Fargo, N.A.** | **Checking account** | 9  8  2  6 | $1,089.82 |
| 3.2. **Wells Fargo, N.A.** | **Checking account** | 4  1  4  0 | $100.00 |
| 3.3. **Wells Fargo, N.A.** | **Checking account** | 8  4  9  0 | $4,652.05 |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____ | _____
   4.2 _____ | _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $5,841.87

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

Debtor   **Ecube Labs Co.**
Name

Case number *(if known)* **25-43950-mxm11**

| | | |
|---|---|---|
| 7.1 | _____ | _____ |
| 7.2 | _____ | _____ |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 **Warehouse lease prepaid to KJBJ LLC through to Dec 31** — $3,693.55

8.2 **Office lease prepaid to Alhambra Fremont Business Center LLC through Jan 14th** — $3,739.34

**9.** **Total of Part 2**
Add lines 7 through 8. Copy the total to line 81. — $7,432.89

## Part 3:   Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

Current value of debtor's interest

**11.** **Accounts receivable**

11a. 90 days old or less: $1,500,000.00 - $0.00 =..... ➜ $1,500,000.00
  face amount        doubtful or uncollectible accounts

11b. Over 90 days old: $3,800,000.00 - $3,800,000.00 =..... ➜ $0.00
  face amount        doubtful or uncollectible accounts

**12.** **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82. — $1,500,000.00

## Part 4:   Investments

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.** **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1 _____ | _____ | _____ |
| 14.2 _____ | _____ | _____ |

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                % of ownership:

15.1 _____       _____       _____       _____

15.2 _____       _____       _____       _____

Debtor    **Ecube Labs Co.**
Name

Case number *(if known)* __25-43950-mxm11__

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____    _____    _____

    16.2 _____    _____    _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    [_____]

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.

    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| **Ecube smart waste products (solar-powered trash cans)** | MM / DD / YYYY | $275,376.27 | _____ | $10,000.00 |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.    [_____ $10,000.00]

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

Debtor    **Ecube Labs Co.**

Name

Case number *(if known)*  **25-43950-mxm11**

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

**34.** **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

---

Debtor    **Ecube Labs Co.**

Name

Case number *(if known)* __25-43950-mxm11__

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| Office furniture | $25,094.21 | | $1,000.00 |
| **40.** **Office fixtures** | | | |
| | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | | | |
| **42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |
| **43.** **Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | $1,000.00 |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2022 Chrysler Pacifica** | $28,143.66 | Market | $17,000.00 |
| 47.2 **2021 Chrysler Pacifica** | $18,894.41 | Market | $10,000.00 |
| 47.3 **2019 RAM 1500** | $22,901.07 | Market | $12,000.00 |
| 47.4 **2019 Chrysler 300** | $19,574.15 | Market | $11,000.00 |

Debtor    **Ecube Labs Co.**
_____
Name

Case number *(if known)* **25-43950-mxm11**
_____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____  _____  _____  _____

48.2 _____  _____  _____  _____

49. **Aircraft and accessories**

49.1 _____  _____  _____  _____

49.2 _____  _____  _____  _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Dumpsters  $1,555,543.80  Market  $18,000.00

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

$68,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 9:** | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Alhambra Fremont Business Center LLC / 2550 W Main St Ste 202 Alhambra, CA 91801** | Office lease | unknown | | unknown |
| 55.2 **Outpost / 8357 Liberty Rd, Houston Houston, TX 77028** | Yard lease | unknown | | unknown |
| 55.3 **KJBJ LLC / 508 Monterey Pass Rd Unit B Monterey Park, CA 91754** | Warehouse lease | unknown | | unknown |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

_____

Debtor    **Ecube Labs Co.**
_____
Name

Case number *(if known)* _**25-43950-mxm11**_

---

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☑ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| | | | |
| 61. **Internet domain names and websites** | | | |
| | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| **Exclusive distributor license for smart waste products** | **unknown** | | **unknown** |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| | | | |
| 65. **Goodwill** | | | |
| | | | |

66. **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

**Part 11:    All other assets**

Debtor    **Ecube Labs Co.**
Name

Case number *(if known)* **25-43950-mxm11**

---

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**

Description (include name of obligor)

_____  _____ – _____ =➜  _____
                          Total face amount   doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| Description | Tax year | Current value |
|---|---|---|
| Unused NOL | 2017 | $134,098.00 |
| Unused NOL | 2019 | $1,041,663.00 |
| Unused NOL | 2020 | $949,356.00 |
| Unused NOL | 2021 | $2,223,714.00 |
| Unused NOL | 2022 | $3,816,713.00 |
| Unused NOL | 2023 | $738,204.00 |
| Unused NOL | 2024 | $2,955,576.00 |

**73.** **Interests in insurance policies or annuities**

| Description | Current value |
|---|---|
| Commercial Auto Policy (The Hartford) | unknown |
| Workers Compensation Policy (AIU Insurance Company) | unknown |
| Liability Insurance (The Hartford) | unknown |

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

Potential antitrust claims against Waste Connections for $5 million    unknown

Nature of claim    _____

Amount requested    unknown

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Counterclaims of false advertising, defamation, and tortious interference against Waste Connections Texas entities for unknown amount to be proven at trial    unknown

Nature of claim    false advertising, defamation, and tortious interference

Amount requested    unknown

**76.** **Trusts, equitable or future interests in property**

Debtor  **Ecube Labs Co.**                                    Case number *(if known)* **25-43950-mxm11**
Name

77. **Other property of any kind not already listed** *Examples:* Season
tickets, country club membership

78. **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.                   | **$11,859,324.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 12:**   **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $5,841.87 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,432.89 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,500,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $68,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................... ➔ | | **unknown** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $11,859,324.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column.*............................91a. | $13,451,598.76 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................... | | $13,451,598.76 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Ecube Labs Co.** |
| United States Bankruptcy Court for the: | **Northern** District of **Texas** |
| | (State) |
| Case number (if known): | **25-43950-mxm11** |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** Creditor's name

Describe debtor's property that is subject to a lien

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

**Fill in this information to identify the case:**

Debtor name _____ **Ecube Labs Co.** _____

United States Bankruptcy Court for the:
_____ **Northern District of Texas** _____

Case number (if known): _____ **25-43950-mxm11** _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>_____<br>_____<br>_____<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | _____ | _____ |
| **2.2** | **Priority creditor's name and mailing address**<br>_____<br>_____<br>_____<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | _____ | _____ |

| Debtor | **Ecube Labs Co.** | Case number *(if known)* | **25-43950-mxm11** |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address

**ACE RECYCLING AND DISPOSAL**

**2274 SOUTH TECHNOLOGY DRIVE**

**West Valley City, UT 84119**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$388.99

---

**3.2**

Nonpriority creditor's name and mailing address

**ADAMS DISPOSAL**

**1517 COLWELL LANE**

**Conshohocken, PA 19428**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$240.00

---

**3.3**

Nonpriority creditor's name and mailing address

**ADVANTAGE WASTE DISPOSAL**

**2500 WEST BURTON ROAD**

**Balch Springs, TX 75180**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$314.92

---

**3.4**

Nonpriority creditor's name and mailing address

**AMERICAN RECLAMATION**

**4560 DORAN STREET**

**Los Angeles, CA 90039**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$392.86

| Debtor | **Ecube Labs Co.** | Case number *(if known)* | **25-43950-mxm11** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

**3.5** Nonpriority creditor's name and mailing address

**ANALYSIS GROUP**

**111 HUNTINGTON AVENUE, 14th Floor**

**Boston, MA 02199**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$15,284.00

---

**3.6** Nonpriority creditor's name and mailing address

**ANYTIME WASTE**

**1212 OUTER LOOP**

**Louisville, KY 40219**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,486.12

---

**3.7** Nonpriority creditor's name and mailing address

**APEX WASTE SOLUTIONS**

**1809 NORTH CIRCLE DRIVE**

**Colorado Springs, CO 80909**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,382.64

---

**3.8** Nonpriority creditor's name and mailing address

**AREA REFUSE**

**580 OBRECHT ROAD**

**Sykesville, MD 21784**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,500.77

---

| Debtor | **Ecube Labs Co.** | Case number *(if known)* | **25-43950-mxm11** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

**3.9** Nonpriority creditor's name and mailing address

**ARIZONA ROLL OFF SERVICES**

**830 EAST SHERMAN STREET**

**Phoenix, AZ 85034**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $3,891.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

**ASPEN WASTE**

**13710 GREEN ASH COURT**

**Earth City, MO 63045**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $3,335.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

**ATLAS DISPOSAL**

**3140 GOLD CAMP DRIVE #30**

**Rancho Cordova, CA 95670**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $1,425.18
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address

**BERKELEY RESEARCH GROUP**

**2200 POWELL STREET #1200**

**Emeryville, CA 94608**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $1,006.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Ecube Labs Co.** | Case number *(if known)* | **25-43950-mxm11** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.13** Nonpriority creditor's name and mailing address

**BEST CLEANER DISPOSAL**

**15 SOUTH 4TH AVENUE**

**Brighton, CO 80601**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$5,373.25

---

**3.14** Nonpriority creditor's name and mailing address

**BOREN BROTHERS**

**808 RHOADS AVENUE**

**Columbus, OH 43205**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$10,187.96

---

**3.15** Nonpriority creditor's name and mailing address

**BOSMAN DISPOSAL**

**4319 BUTTERFIELD ROAD**

**Bellwood, IL 60104**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,340.01

---

**3.16** Nonpriority creditor's name and mailing address

**BOZZUTO BROS REFUSE SERVICE**

**1002 MIDDLETOWN AVENUE**

**Northford, CT 06472**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$116.99

---

| Debtor | **Ecube Labs Co.** | Case number *(if known)* | **25-43950-mxm11** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| **3.17** | Nonpriority creditor's name and mailing address **C & R CONTAINER SERVICES** **1240 WIN DRIVE** **Bethlehem, PA 18017** Date or dates debt was incurred _____ Last 4 digits of account number __ __ __ __ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **Trade Debt** Is the claim subject to offset? ☑ No ☐ Yes | $8,030.34 |
|---|---|---|---|
| **3.18** | Nonpriority creditor's name and mailing address **CAPITAL WASTE SERVICES** **1450 BLUFF ROAD** **Columbia, SC 29201** Date or dates debt was incurred _____ Last 4 digits of account number __ __ __ __ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _____ Is the claim subject to offset? ☑ No ☐ Yes | $2,500.88 |
| **3.19** | Nonpriority creditor's name and mailing address **CAROLINA WASTE GROUP** **249 NORTH HARTMAN ROAD** **Dallas, NC 28034** Date or dates debt was incurred _____ Last 4 digits of account number __ __ __ __ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **Trade Debt** Is the claim subject to offset? ☑ No ☐ Yes | $45,212.00 |
| **3.20** | Nonpriority creditor's name and mailing address **Celtic Bank** **c/o Stripe** **354 OYSTER POINT BOULEVARD** **South San Francisco, CA 94080** Date or dates debt was incurred _____ Last 4 digits of account number __ __ __ __ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **Money Loaned** Is the claim subject to offset? ☑ No ☐ Yes | $193,943.00 |

| Debtor | **Ecube Labs Co.** | Case number *(if known)* | **25-43950-mxm11** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="3"><strong>Part 2:</strong>   Additional Page</td></tr>
</table>

### 3.21

**Nonpriority creditor's name and mailing address**

**COASTAL WASTE**

**4950 COMMUNICATION AVE #920**

**Boca Raton, FL 33431**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$133,427.49

### 3.22

**Nonpriority creditor's name and mailing address**

**CONSOLIDATED CONTAINER GROUP**

**1885 FEDERAL PARKWAY**

**Columbus, OH 43207**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$983.66

### 3.23

**Nonpriority creditor's name and mailing address**

**CONTROL WASTE SERVICES**

**15912 HOLLISTER STREET**

**Houston, TX 77066**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,772.25

### 3.24

**Nonpriority creditor's name and mailing address**

**CURBSIDE WASTE**

**18150 118TH AVENUE NORTH**

**Dayton, MN 55369**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$4,059.88

| Debtor | **Ecube Labs Co.** | Case number *(if known)* | **25-43950-mxm11** |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $624.00 |
|---|---|---|---|

**DBI WASTE SYSTEMS**

**377 THIRD STREET**

**Everett, MA 02149**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $155.00 |
|---|---|---|---|

**DETROIT DISPOSAL**

**1475 EAST MILWAUKEE AVENUE**

**Detroit, MI 48211**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**DIALPAD**

**2700 CAMINO RAMON #490**

**San Ramon, CA 94583**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,475.70 |
|---|---|---|---|

**EAGLE DISPOSAL**

**21107 OMEGA CIRCLE**

**Franksville, WI 53126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Ecube Labs Co. | Case number *(if known)* | 25-43950-mxm11 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.29** | Nonpriority creditor's name and mailing address

**EXTRA SPACE STORAGE**

**5425 O'DONNELL STREET**

**Baltimore, MD 21224**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

unknown

---

**3.30** | Nonpriority creditor's name and mailing address

**FAYETTE WASTE**

**1790 PITTSBURGH STREET**

**Waltersburg, PA 15488**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$1,156.00

---

**3.31** | Nonpriority creditor's name and mailing address

**FRONTIER WASTE SOLUTIONS**

**1530 NORTH HIGHWAY 77**

**Hillsboro, TX 76645**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☒ No
☐ Yes

$802,754.18

---

**3.32** | Nonpriority creditor's name and mailing address

**FUSION WASTE AND RECYCLING**

**6318 INTERSTATE 45**

**Wilmer, TX 75172**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☒ No
☐ Yes

$25,915.58

---

| Debtor | **Ecube Labs Co.** | Case number *(if known)* | **25-43950-mxm11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,518.89 |
|---|---|---|---|

**GFL ENVIRONMENTAL**

**3301 BENSON DRIVE**

**Raleigh, NC 27609**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,032.30 |
|---|---|---|---|

**GREAT WASTE**

**3051 NORTHWEST 129 STREET**

**Opa Locka, FL 33054**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,370.00 |
|---|---|---|---|

**GSS WASTE**

**79 EAST OLD BALTIMORE PIKE**

**Media, PA 19063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**HKA GLOBAL LLC**

**1735 MARKET STREET #1100**

**Philadelphia, PA 19103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Ecube Labs Co. | Case number *(if known)* | 25-43950-mxm11 |
|--------|----------------|--------------------------|----------------|
|        | Name           |                          |                |

---

**Part 2:**  **Additional Page**

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,794.18
*Check all that apply.*

HOUSTON WASTE SERVICES

8919 PRAIRIE DRIVE

Houston, TX 77064

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,570.00
*Check all that apply.*

HUGHES TRASH

4501 DAVE RILL ROAD

Hampstead, MD 21074

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
*Check all that apply.*

ICE MILLER LLP

1500 BROADWAY Suite 2900

New York, NY 10036

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $546.00
*Check all that apply.*

INDEPENDENT RECYCLING SERVICES

2401 SOUTH LAFLIN

Chicago, IL 60608

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Ecube Labs Co.** | Case number *(if known)* | **25-43950-mxm11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  **Additional Page**

| **3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,015,255.61 |
|---|---|---|---|

**Ionic LLC**

**7303 Chimney Corners**

**Austin, TX 78731**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Basis for the claim:** **Legal Expenses**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| **3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $494.40 |
|---|---|---|---|

**J AND K TRASH**

**2325 WEST SECOND STREET**

**Chester, PA 19013**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| **3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,057.97 |
|---|---|---|---|

**JWL RECYCLING SERVICES**

**2000 EAST 122ND STREET**

**Chicago, IL 60629**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| **3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $268.64 |
|---|---|---|---|

**KMG HAULING**

**14 BRYANT COURT**

**Sterling, VA 20166**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| Debtor | **Ecube Labs Co.** | Case number *(if known)* | **25-43950-mxm11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,773.27 |
|---|---|---|---|

**MAGIC INC**

**2810 NORTH CHURCH STREET, #55531**

**Wilmington, DE 19802**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,145.07 |
|---|---|---|---|

**MBG REFUSE**

**7457 SHIPLEY AVENUE**

**Harmans, MD 21077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**MIDWEST PAPER RETRIEVER**

**2401 SOUTH LAFLIN STREET**

**Chicago, IL 60608**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**MORGANTOWN DISPOSAL**

**1000 COOMBS FARM DRIVE**

**Morgantown, WV 26508**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Ecube Labs Co.** | Case number *(if known)* | **25-43950-mxm11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  **Additional Page**

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $498,143.17
| | *Check all that apply.* |
| **MUNSCH HARDT KOPF AND HARR** | ☐ Contingent |
| **500 NORTH AKARD STREET 4000** | ☐ Unliquidated |
| **Dallas, TX 75201** | ☐ Disputed |
| | **Basis for the claim:**  **Legal Fees** |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,296.62
| | *Check all that apply.* |
| **NATIONAL WASTE AND DISPOSAL** | ☐ Contingent |
| **2214 NORTH 170TH EAST AVENUE** | ☐ Unliquidated |
| **Tulsa, OK 74116** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,416.87
| | *Check all that apply.* |
| **NOBLE ENVIRONMENTAL** | ☐ Contingent |
| **111 CONNER LANE** | ☐ Unliquidated |
| **Belle Vernon, PA 15012** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.56
| | *Check all that apply.* |
| **ONE WAY** | ☐ Contingent |
| **101 MARTIN STREET** | ☐ Unliquidated |
| **Longmont, CO 80501** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

---

| Debtor | Ecube Labs Co. | Case number *(if known)* | 25-43950-mxm11 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.53** | Nonpriority creditor's name and mailing address

**ORLANDO WASTE PAPER**

**2715 STATEN AVENUE**

**Orlando, FL 32804**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$168.65**

---

**3.54** | Nonpriority creditor's name and mailing address

**PATRIOT SANITATION MANAGEMENT**

**819-A PURSER DRIVE**

**Raleigh, NC 27603**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$316.00**

---

**3.55** | Nonpriority creditor's name and mailing address

**PRIORITY WASTE**

**45000 RIVER RIDGE DRIVE**

**Clinton Township, MI 48038**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.56** | Nonpriority creditor's name and mailing address

**RIO GRANDE WASTE SERVICES**

**7120 COPPER QUEEN DRIVE**

**El Paso, TX 79915**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

**$39,237.59**

---

| Debtor | **Ecube Labs Co.** | Case number *(if known)* | **25-43950-mxm11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.57** Nonpriority creditor's name and mailing address

**SAGE DISPOSAL**

**8646 BLACKWOOD DRIVE**

**Windsor, CO 80550**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.58** Nonpriority creditor's name and mailing address

**SCOTTHULSE PC**

**201 EAST MAIN DRIVE #1100**

**El Paso, TX 79901**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Fees**

Is the claim subject to offset?
☑ No
☐ Yes

$5,563.20

---

**3.59** Nonpriority creditor's name and mailing address

**TEAM CLEAN AND HAUL**

**1223 SOUTH 3RD STREET**

**Phoenix, AZ 85004**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$478.00

---

**3.60** Nonpriority creditor's name and mailing address

**TEXAS DISPOSAL SYSTEMS**

**12200 CARL ROAD**

**Creedmoor, TX 78610**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$735.62

---

| Debtor | **Ecube Labs Co.** | Case number *(if known)* | **25-43950-mxm11** |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $46,277.18 |
|---|---|---|---|

**TEXAS PRIDE DISPOSAL**

**PO Box 1186**

**Rosenberg, TX 77471**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 |
|---|---|---|---|

**T-MOBILE**

**2920 SOUTHEAST 38TH STREET**

**Bellevue, WA 98006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,819.65 |
|---|---|---|---|

**TOTAL WASTE**

**605 SOUTH CATON AVENUE**

**Baltimore, MD 21229**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $85,928.36 |
|---|---|---|---|

**UNIVERSAL WASTE SYSTEMS**

**3612 SOUTH 36TH STREET**

**Phoenix, AZ 85040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Ecube Labs Co.** | Case number *(if known)* | **25-43950-mxm11** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.65** Nonpriority creditor's name and mailing address

**WALKERS TOTAL SOLUTION**

**23994 GAY LAKE ROAD**

**Montgomery, TX 77356**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.66** Nonpriority creditor's name and mailing address

**WALL RECYCLING**

**2310 GARNER ROAD**

**Raleigh, NC 27610**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,781.40

---

**3.67** Nonpriority creditor's name and mailing address

**WARE DISPOSAL**

**1035 EAST 4TH STREET**

**Santa Ana, CA 92701**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$14,324.95

---

**3.68** Nonpriority creditor's name and mailing address

**WASTE CONNECTIONS**

**5516 ROZZELLES FERRY ROAD**

**Charlotte, NC 28214**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,042.08

| Debtor | **Ecube Labs Co.** | Case number *(if known)* | **25-43950-mxm11** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,815.26 |
|---|---|---|---|

**WB WASTE SOLUTIONS**

**1701 OLIVE STREET**

**Capitol Heights, MD 20743**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___
- ☑ No
- ☐ Yes

| Debtor | **Ecube Labs Co.** | Case number *(if known)* | **25-43950-mxm11** |
|---|---|---|---|
| | Name | | |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**   Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b.   + | $4,051,682.58 |
| 5c. | **Total of Parts 1 and 2**  Lines 5a + 5b = 5c. | 5c. | $4,051,682.58 |

| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor name | **Ecube Labs Co.** | | |
| United States Bankruptcy Court for the: | **Northern** | District of | **Texas** |
| | | | (State) |
| Case number (If known): | **25-43950-mxm11** | Chapter | **11** |

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases** — **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | See attached Addendum 1 | See attached Addendum 1 |
|---|---|---|---|
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

# Schedule G Addendum 1

| Name of Party | Type of Contract |
| --- | --- |
| DBI Waste Systems | Hauler Agreement |
| Orlando Waste Paper Co | Hauler Agreement |
| Independent Recycling Services, Inc. | Hauler Agreement |
| Independent Recycling Services, Inc. | Hauler Agreement |
| Independent Recycling Services, Inc. | Hauler Agreement |
| Independent Recycling Services, Inc. | Hauler Agreement |
| Eagle Disposal Inc. | Hauler Agreement |
| 39 Environmental, LLC | Hauler Agreement |
| A1 Disposal | Hauler Agreement |
| Advantage Waste Disposal | Hauler Agreement |
| American Reclamation | Hauler Agreement |
| Carefree Disposal, Inc. | Hauler Agreement |
| Apple Valley Waste | Hauler Agreement |
| Atlas Disposal | Hauler Agreement |
| BCS Waste and Recycling | Hauler Agreement |
| Boren Brothers Waste Solutions | Hauler Agreement |
| Canada Minibins.com Ltd | Hauler Agreement |
| Carefree Disposal | Hauler Agreement |
| Carolina Waste Group | Hauler Agreement |
| CCG | Hauler Agreement |
| Cleanway Waste Services | Hauler Agreement |
| Community Disposal | Hauler Agreement |
| Control Waste Services | Hauler Agreement |
| CR Container Service | Hauler Agreement |
| Curbside Waste | Hauler Agreement |
| CW Waste Services | Hauler Agreement |
| CWS Capital Waste Systems | Hauler Agreement |
| DBI Waste Systems | Hauler Agreement |
| Detroit Disposal | Hauler Agreement |
| Eastern Waste Services | Hauler Agreement |
| Eastern Waste Disposal LLC | Hauler Agreement |
| Fayette Waste LLC | Hauler Agreement |
| Fusion Recycling LLC | Hauler Agreement |
| Gainsborough Waste and Texas Outhouse | Hauler Agreement |
| GFL Enviornmental | Hauler Agreement |
| Great Waste and Recycling Service LLC | Hauler Agreement |
| GSS Disposal | Hauler Agreement |
| Houston Waste Agreement | Hauler Agreement |
| Goode Company | Hauler Agreement |
| Atlas Disposal of Utah | Hauler Agreement |

| | |
|---|---|
| Long Island Waste Services | Hauler Agreement |
| NTX Waste Pros, LLC | Hauler Agreement |
| J&K Trash Inc | Hauler Agreement |
| KMG Hauling Inc | Hauler Agreement |
| Workman Disposal Service | Hauler Agreement |
| MBG Refuse | Hauler Agreement |
| Midwest Paper Retriever | Hauler Agreement |
| Morgantown Disposal | Hauler Agreement |
| Noble Environmental | Hauler Agreement |
| Northwest Refuse | Hauler Agreement |
| One Way Disposal | Hauler Agreement |
| Orlando Waste Paper Co. Ltd. | Hauler Agreement |
| American Reclamation | Hauler Agreement |
| Mark Dunnings Indutries | Hauler Agreement |
| Patriot Sanitation | Hauler Agreement |
| Paper Retriever of Texas | Hauler Agreement |
| Rio Grande Waste Services | Hauler Agreement |
| Robinson Waste Services | Hauler Agreement |
| Sage Disposal | Hauler Agreement |
| Ware Disposal | Hauler Agreement |
| Team Clean & Haul | Hauler Agreement |
| Ted's Trash Services | Hauler Agreement |
| Texas Disposal Systems | Hauler Agreement |
| Walkers Total Solutions | Hauler Agreement |
| Wall Recycling | Hauler Agreement |
| WECO Waste | Hauler Agreement |
| WG Waste | Hauler Agreement |
| ACE Recycling & Disposal | Hauler Agreement |
| Adams Disposal | Hauler Agreement |
| Advantage Waste Disposal | Hauler Agreement |
| Anytime Waste Systems | Hauler Agreement |
| Best Cleaner Disposal | Hauler Agreement |
| Best Trash | Hauler Agreement |
| Bozzuto Bros | Hauler Agreement |
| CARDs | Hauler Agreement |
| Frontier Access LLC | Hauler Agreement |
| Gateway Disposal | Hauler Agreement |
| Greenmark Waste Solutions | Hauler Agreement |
| Texas Pride Disposal | Hauler Agreement |
| Coastal Waste Solutions | Hauler Agreement |
| HD Waste & Recycling | Hauler Agreement |
| Iron City Express | Hauler Agreement |
| National Waste and Disposal Inc | Hauler Agreement |
| Priority Waste | Hauler Agreement |

| | |
|---|---|
| Star Waste Systems | Hauler Agreement |
| Total Waste | Hauler Agreement |
| Universal Waste Systems Inc | Hauler Agreement |
| Zmex Disposal | Hauler Agreement |
|  Alhambra Fremont Business Center LLC | Real Property Lease |
| Outpost | Real Property Lease |
| KJBJ LLC | Real Property Lease |

Fill in this information to identify the case:

Debtor name **Ecube Labs Co.**

United States Bankruptcy Court for the: **Northern** District of **Texas**
(State)

Case number (If known): **25-43950-mxm11**

☐ Check if this is an amended filing

## Official Form 206H
# Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.2 | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.3 | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.4 | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |

| Debtor | Ecube Labs Co. | Case number (if known) | 25-43950-mxm11 |
|---|---|---|---|
| | Name | | |

| ■ | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ _____ City　　　State　　ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.6 | _____ | Street _____ _____ City　　　State　　ZIP Code | _____ | ❑ D ❑ E/F ❑ G |

Official Form 206H                    Schedule H: Codebtors                    page **2** of **2**

---

**Fill in this information to identify the case:**

Debtor name      **Ecube Labs Co.**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): **25-43950-mxm11**    Chapter **11**

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

**Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*................................................................................... **$0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................... **$13,451,598.76**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................. **$13,451,598.76**

**Part 2:** **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. **$0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................... **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................... + **$4,051,682.58**

4. **Total liabilities**........................................................................................................ **$4,051,682.58**
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name **Ecube Labs Co.**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): **25-43950-mxm11**

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/10/2025         X _____
MM/ DD/ YYYY                    Signature of individual signing on behalf of debtor

**James Noh**
Printed name

**Chief Operating Officer, Chief Financial Officer**
Position or relationship to debtor