| | | |
|---|---|---|
| **SERVICE LIST**<br>**Ecube Labs Co.**<br>**25-43950-mxm11**<br>**#903.3** | Analysis Group<br>111 Huntington Ave 14th FL<br>Boston MA  02199 | Arizona Roll Off Services<br>830 East Sherman St<br>Phoenix AZ  85034 |
| Best Cleaner Disposal<br>15 S 4th Avenue<br>Brighton CO  80601 | Boren Brothers<br>808 Rhoads Ave<br>Columbus OH  43205 | C & R Container Services<br>1240 Win Dr<br>Bethlehem PA  18017 |
| California Office of Attorney General<br>Attn: Bankruptcy Notices<br>300 South Spring Street<br>Los Angeles, CA 90013-1230 | Carolina Waste Group<br>249 North Hartman Road<br>Dallas, NC 28034 | Celtic Bank<br>c/o Stripe<br>354 Oyster Point Blvd<br>South San Francisco, CA 94080 |
| Coastal Waste<br>4950 Communication Ave #920<br>Boca Raton, FL 33431 | City of Fort Worth<br>PO Box 99005<br>Fort Worth, TX 76199 | Comptroller of Public Accounts<br>c/o office of Attorney General<br>Bankruptcy – Collections Div MC-008<br>PO Box 12548<br>Austin, TX 78711 |
| Curbside Waste<br>18150 118th Avenue N<br>Dayton, MN 55369 | Delaware Department of Justice<br>Carvel State Building<br>820 N. French St.<br>Wilmington, DE 19801 | Frontier Waste Solutions<br>1700 Pacific Av, Suite 4600<br>Dallas 75201 |
| Fusion Waste and Recycling<br>6318 Interstate 45<br>Wilmer, TX 75172 | GFL Environmental<br>3301 Benson Drive<br>Raleigh, NC 27609 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 |
| Ionic LLC<br>7303 Chimney Corners<br>Austin, TX 78731 | Magic Inc<br>2810 North Church Street #55531<br>Wilmington, DE 19802 | MBG Refuse<br>7457 Shipley Avenue<br>Harmas, MD 21077 |
| Munsch Hardt Kopf and Harr<br>500 North Akard Street #4000<br>Dallas, TX 75201 | Rio Grande Waste Services<br>7120 Copper Queen Drive<br>El Paso, TX 79915 | Scotthulse PC<br>201 East Main Drive #1100<br>El Paso, TX 79901 |
| Tarrant County<br>Tax Assessor-Collector<br>100 E. Weatherford St.<br>Fort Worth, TX 76196 | Texas Pride Disposal<br>PO Box 1186<br>Rosenberg, TX 77471 | Texas Attorney General's Office<br>Bankruptcy-Collections Division<br>PO Box 12548<br>Austin, TX 78711 |
| Universal Waste Systems<br>3612 South 36th Street<br>Phoenix, AZ 85040 | US Trustee<br>1100 Commerce Street, Rm 976<br>Dallas, TX 75202 | Ware Disposal<br>1035 East 4th Street<br>Santa Ana, CA 92701 |

| | | |
|---|---|---|
| Office of the Oklahoma<br>Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105 | Ace Recycling and Disposal<br>2274 S Technology Dr<br>West Valley City  UT 84119 | Adams Disposal<br>1517 Colwell Ln<br>Conshohocken PA  19428 |
| ADP, Inc.<br>Attn: Chelsea Pries<br>One ADP Boulevard<br>Roseland, NJ 07054 | Advantage Waste Disposal<br>2500 W Burton Rd<br>Balch Springs, TX 75180 | American Reclamation<br>4560 Doran St<br>Los Angeles, CA  90039 |
| Anytime Waste<br>1212 Outer Loop<br>Louisville, KY 40219 | Apex Waste Solutions<br>1809 N Circle Dr<br>Colorado Springs, CO 80909 | Area Refuse<br>580 Obrecht Rd<br>Sykesville, MD  21784 |
| Arizona Attorney General's Office<br>2005 N Central Ave<br>Phoenix, AZ 85004 | Aspen Waste<br>13710 Green Ash Ct<br>Earth City, MO 63045 | Atlas Disposal<br>3140 Gold Camp Dr #30<br>Rancho Cordova, CA 95670 |
| Attorney General of Maryland<br>Anthony G. Brown<br>200 St. Paul Place<br>Baltimore, MD 21202 | Attorney General Office -Massachusetts<br>1 Ashburton Place, 20th Floor<br>Boston, MA 02108 | Attorney General Office – New Mexico<br>Villagra Building<br>408 Galisteo Street<br>Santa Fe, NM 87501 |
| Attorney General Russell Coleman<br>1024 Capital Center Drive, Suite 200<br>Frankfort, KY 40601 | Berkeley Research Group<br>2200 Powell Street #1200<br>Emeryville, CA 94608 | Bosman Disposal<br>4319 Butterfield Road<br>Bellwood, IL 60104 |
| Bozzuto Bros Refuse Service<br>1002 Middletown Avenue<br>Northford, CT 06472 | Capital Waste Services<br>1450 Bluff Road<br>Columbia, SC 29201 | Connecticut Office of the<br>Attorney General<br>165 Capitol Ave<br>Hartford, CT 06106-1659 |
| Consolidated Container Group<br>1885 Federal Parkway<br>Columbus, OH 43207 | Control Waste Services<br>15912 Hollister Street<br>Houston, TX 77066 | Dbi Waste Systems<br>377 Third Street<br>Everett, MA 02149 |
| Department of Attorney<br>General - Michigan<br>525 W. Ottawa St.<br>Lansing, MI 48906 | Detroit Disposal<br>1475 East Milwaukee Avenue<br>Detroit, MI 48211 | Dialpad<br>2700 Camino Ramon #490<br>San Ramon, CA 94583 |
| Eagle Disposal<br>21107 Omega Circle<br>Franksville, WI 53126 | Extra Space Storage<br>5425 O'donnell Street<br>Baltimore, MD 21224 | ~~Fayette Waste~~<br>~~1790 Pittsburgh Street~~<br>~~Waltersburg, PA 15488~~ 11.04.25 |

| | | |
|---|---|---|
| Great Waste<br>3051 Northwest 129 Street<br>Opa Locka, FL 33054 | GSS Waste<br>79 East Old Baltimore Pike<br>Media, PA 19063 | HKA Global LLC<br>1735 Market Street #1100<br>Philadelphia, PA 19103 |
| Houston Waste Services<br>8919 Prairie Dr<br>Houston, TX 77064 | Hughes Trash<br>4501 Dave Rill Rd<br>Hampstead, MD 21074 | ICE MILLER LLP<br>1500 Broadway Suite 2900<br>New York, NY 10036 |
| Independent Recycling Services<br>2401 S Laflin<br>Chicago, IL 60608 | J and K Trash<br>2325 W Second St<br>Chester, PA 19013 | JWL Recycling Services<br>2000 E 122nd St<br>Chicago, IL 60629 |
| KMG Hauling<br>14 Bryant Ct<br>Sterling, VA 20166 | Midwest Paper Retriever<br>2401 S Laflin St<br>Chicago, IL 60608 | Missouri Attorney General's Office<br>Supreme Court Building<br>207 W. High St. P.O. Box 899<br>Jefferson City, MO 65102 |
| Morgantown Disposal<br>1000 Coombs Farm Dr<br>Morgantown, WV 26508 | National Waste And Disposal<br>2214 N 170th East Ave<br>Tulsa, OK 74116 | Noble Environmental<br>6000 Town Center Blvd Ste 145<br>Canonsburg PA  15317-5870 |
| Office of Attorney General - Illinois<br>500 South Second Street<br>Springfield, IL 62701 | Office of the Attorney General<br>Utah State Capitol Complex<br>350 North State Street Suite 230<br>Salt Lake City, UT 84114 | Office of the Attorney General<br>1125 Washington St SE<br>PO Box 40100<br>Olympia, WA 98504 |
| Office of The Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market St 8th Fl West Wing<br>Trenton, NJ 08625 | Office of the Attorney General<br>Colorado Department of Law<br>Ralph L. Carr Judicial Building<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 | Office of the Attorney General<br>State of Florida<br>PL-01, The Capitol<br>Tallahassee, FL 32399 |
| Office of the Indiana Attorney General<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis, IN 46204 | Office of the New York State<br>Attorney General<br>The Capitol<br>Albany, NY 12224 | Ohio Attorney General<br>30 E. Broad St., 14th Floor<br>Columbus, OH 43215 |
| One Way<br>101 Martin St<br>Longmont, CO 80501 | Orlando Waste Paper<br>2715 Staten Ave<br>Orlando, FL 32804 | Patriot Sanitation Management<br>819-A Purser Dr<br>Raleigh, NC 27603 |
| Pennsylvania Office of<br>Attorney General<br>Strawberry Square<br>Harrisburg, PA 17120 | Priority Waste<br>45000 River Ridge Dr<br>Clinton Township, MI 48038 | RI Office of the Attorney General<br>150 South Main Street<br>Providence, RI 02903 |

| | | |
|---|---|---|
| Sage Disposal<br>8646 Blackwood Drive<br>Windsor, CO 80550 | South Carolina Attorney General<br>Attn: The Honorable Alan Wilson<br>P.O. Box 11549<br>Columbia, SC 29211 | Team Clean and Haul<br>1223 S 3rd ST<br>Phoenix, AZ 85004 |
| Texas Disposal Systems<br>12200 Carl Rd<br>Creedmoor, TX 78610 | Office of Attorney General- Minnesota<br>Attn: Keith Ellison<br>445 Minnesota Street, Suite 600<br>Saint Paul, MN 55101 | T-Mobile<br>2920 Southeast 38th St<br>Bellevue, WA 98006 |
| Total Waste<br>605 South Caton Avenue<br>Baltimore, MD 21229 | Walkers Total Solution<br>23994 Gay Lake Rd<br>Montgomery, TX 77356 | Wall Recycling<br>2126 Garner Rd<br>Raleigh, NC 27610 |
| Waste Connections<br>5516 Rozzelles Ferry Rd<br>Charlotte, NC 28214 | WB Waste Solutions<br>1701 Olive St<br>Capitol Heights, MD 20743 | Baker & Hostetler LLP<br>127 Public Square, Suite 2000<br>Cleveland, Ohio 44114 |
| Joshua J. Bennett<br>Baker & Hostetler LLP<br>2850 North Harwood St., Ste. 1100<br>Dallas, Texas 75201 | Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, New York 10111 | Rio Grande Waste Services, Inc<br>c/o SNELL & WILMER L.L.P.<br>Zachary A. Cooper<br>2501 North Harwood Street, Suite 1850<br>Dallas, Texas 75201 |