

**Ecube Labs Co., Ltd.**
#1503, 55 Digital-ro 34-gil
Guro-gu, Seoul, Republic of Korea 08378

Tel: 02-868-0293
market@ecubelabs.com
www.ecubelabs.com

## <u>Debtor-In-Possession Term Loan Facility</u>

November 6, 2025

This Term Sheet sets forth the terms and conditions of the debtor-in-possession financing facility (the "Facility") to be provided by Ecube Labs Co., Ltd. ("Lender") to the Borrower. This term sheet is non-binding and is merely an expression of interest until entry of an Interim Financing Order. Lender is comfortable advancing Interim funds upon entry of an Interim Order consistent with the terms and conditions of this Term Sheet as may be amended from time to time.

| | |
|---|---|
| **Borrower:** | Ecube Labs Co. |
| **Facility Amount:** | $1,500,000 ($500,000 DIP Loan on Interim Order; with an additional $1,000,000 DIP Loan on Final Order). |
| **Term:** | The Facility shall terminate on the earlier of one (1) year after origination, effective date of a plan, consummation of a sale of substantially all of the Borrower's assets under section 363 of the Bankruptcy Code, Borrower's filing of a motion seeking to dismiss or convert to chapter 7, entry of an order converting the case to chapter 7 or for appointment of a trustee. |
| **Use of Proceeds:** | General working capital, bankruptcy statutory fees and professional fees. |
| **Interest Rate:** | The unpaid principal balance of this Facility shall bear interest at the greater of (i) the Prime Rate (as defined below) plus two and three quarters percent (2.75%) per annum or (ii) six percent (6%) per annum. Such Interest Rate will be adjusted with fluctuation in the Prime Rate. |
| | The "Prime Rate" shall mean the prime rate of interest as quoted in the most recently published issue of The Wall Street Journal (Central Edition) under the "Money Rates" table. |
| **Default Rate:** | Interest Rate plus 6% or maximum allowed by law, whichever is greater. The Default Rate shall automatically accrue from and after the occurrence and continuance of any Event of Default in the definitive loan documents. |
| **Maturity Date:** | Whichever is earlier (1) effective date of plan for reorganization, (2) sale of substantially all assets, (3) alternative DIP financing secured, or (4) an uncured Event of Default |

**ECUBE LABS**

| | |
|---|---|
| **Event of Default:** | If the Loan shall not have the priority contemplated by this Terms Sheet |
| | Unauthorized disbursement |
| | Sale of substantially all assets without consent |
| | Conversion to chapter 7 |
| | Dismissal of the bankruptcy |
| | ** Debtor allowed 30 days to cure any Event of Default |
| **Loan Fees:** | None. |
| | No penalty for early payment. |
| **Expenses:** | Borrower shall be responsible for all reasonable fees, costs and expenses of Lender up to $10,000, including any and all expenses of Lender's counsel and shall reimburse such amounts promptly upon demand; any additional fees, costs and expenses of Lender in excess of $10,000 shall be due upon repayment or maturity |
| **Covenants:** | Standard DIP Covenants in Interim and Final Orders. Loan Documents to be prepared on entry of Interim Order; however, will advance Interim based off Term Sheet upon entry of Interim Order. |
| | Payoff of Interim funding (including all interest, fees, and costs) if alternate lender on Final. |
| **Priority, Liens, Collateral:** | A senior super priority claim and first lien against all assets of the Borrower. |
| | Other standard DIP protections |
| | No lien on chapter 5 avoidance actions. |
| | Carve out for professional fees and US Trustee fees. |
| **Due Diligence:** | Final subject to evaluation of Collateral. |

_____

Sunbeom Gwon, CEO, Ecube Labs Co., Ltd.

_____

James Noh, COO, Ecube Labs Co.