**SERVICE LIST**
**Ecube Labs Co.**
**25-43950-mxm11**
**#903.3**

Analysis Group
111 Huntington Ave 14th FL
Boston MA  02199

Arizona Roll Off Services
830 East Sherman St
Phoenix AZ  85034

Best Cleaner Disposal
15 S 4th Avenue
Brighton CO  80601

Boren Brothers
808 Rhoads Ave
Columbus OH  43205

C & R Container Services
1240 Win Dr
Bethlehem PA  18017

California Office of Attorney General
Attn: Bankruptcy Notices
300 South Spring Street
Los Angeles, CA 90013-1230

Carolina Waste Group
249 North Hartman Road
Dallas, NC 28034

Celtic Bank
c/o Stripe
354 Oyster Point Blvd
South San Francisco, CA 94080

Coastal Waste
4950 Communication Ave #920
Boca Raton, FL 33431

City of Fort Worth
PO Box 99005
Fort Worth, TX 76199

Comptroller of Public Accounts
c/o office of Attorney General
Bankruptcy – Collections Div MC-008
PO Box 12548
Austin, TX 78711

Curbside Waste
18150 118th Avenue N
Dayton, MN 55369

Delaware Department of Justice
Carvel State Building
820 N. French St.
Wilmington, DE 19801

Frontier Waste Solutions
1700 Pacific Av, Suite 4600
Dallas 75201

Fusion Waste and Recycling
6318 Interstate 45
Wilmer, TX 75172

GFL Environmental
3301 Benson Drive
Raleigh, NC 27609

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Ionic LLC
7303 Chimney Corners
Austin, TX 78731

Magic Inc
2810 North Church Street #55531
Wilmington, DE 19802

MBG Refuse
7457 Shipley Avenue
Harmas, MD 21077

Munsch Hardt Kopf and Harr
500 North Akard Street #4000
Dallas, TX 75201

Rio Grande Waste Services
7120 Copper Queen Drive
El Paso, TX 79915

Scotthulse PC
201 East Main Drive #1100
El Paso, TX 79901

Tarrant County
Tax Assessor-Collector
100 E. Weatherford St.
Fort Worth, TX 76196

Texas Pride Disposal
PO Box 1186
Rosenberg, TX 77471

Texas Attorney General's Office
Bankruptcy-Collections Division
PO Box 12548
Austin, TX 78711

Universal Waste Systems
3612 South 36th Street
Phoenix, AZ 85040

US Trustee
1100 Commerce Street, Rm 976
Dallas, TX 75202

Ware Disposal
1035 East 4th Street
Santa Ana, CA 92701

Office of the Oklahoma
Attorney General
313 NE 21st Street
Oklahoma City, OK 73105

Ace Recycling and Disposal
2274 S Technology Dr
West Valley City  UT 84119

Adams Disposal
1517 Colwell Ln
Conshohocken PA  19428

ADP, Inc.
Attn: Chelsea Pries
One ADP Boulevard
Roseland, NJ 07054

Advantage Waste Disposal
2500 W Burton Rd
Balch Springs, TX 75180

American Reclamation
4560 Doran St
Los Angeles, CA  90039

Anytime Waste
1212 Outer Loop
Louisville, KY 40219

Apex Waste Solutions
1809 N Circle Dr
Colorado Springs, CO 80909

Area Refuse
580 Obrecht Rd
Sykesville, MD  21784

Arizona Attorney General's Office
2005 N Central Ave
Phoenix, AZ 85004

Aspen Waste
13710 Green Ash Ct
Earth City, MO 63045

Atlas Disposal
3140 Gold Camp Dr #30
Rancho Cordova, CA 95670

Attorney General of Maryland
Anthony G. Brown
200 St. Paul Place
Baltimore, MD 21202

Attorney General Office -Massachusetts
1 Ashburton Place, 20th Floor
Boston, MA 02108

Attorney General Office – New Mexico
Villagra Building
408 Galisteo Street
Santa Fe, NM 87501

Attorney General Russell Coleman
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601

Berkeley Research Group
2200 Powell Street #1200
Emeryville, CA 94608

Bosman Disposal
4319 Butterfield Road
Bellwood, IL 60104

Bozzuto Bros Refuse Service
1002 Middletown Avenue
Northford, CT 06472

Capital Waste Services
1450 Bluff Road
Columbia, SC 29201

Connecticut Office of the
Attorney General
165 Capitol Ave
Hartford, CT 06106-1659

Consolidated Container Group
1885 Federal Parkway
Columbus, OH 43207

Control Waste Services
15912 Hollister Street
Houston, TX 77066

Dbi Waste Systems
377 Third Street
Everett, MA 02149

Department of Attorney
General - Michigan
525 W. Ottawa St.
Lansing, MI 48906

Detroit Disposal
1475 East Milwaukee Avenue
Detroit, MI 48211

Dialpad
2700 Camino Ramon #490
San Ramon, CA 94583

Eagle Disposal
21107 Omega Circle
Franksville, WI 53126

Extra Space Storage
5425 O'donnell Street
Baltimore, MD 21224

~~Fayette Waste~~
~~1790 Pittsburgh Street~~
~~Waltersburg, PA 15488~~ 11.04.25

Great Waste
3051 Northwest 129 Street
Opa Locka, FL 33054

GSS Waste
79 East Old Baltimore Pike
Media, PA 19063

HKA Global LLC
1735 Market Street #1100
Philadelphia, PA 19103

Houston Waste Services
8919 Prairie Dr
Houston, TX 77064

Hughes Trash
4501 Dave Rill Rd
Hampstead, MD 21074

ICE MILLER LLP
1500 Broadway Suite 2900
New York, NY 10036

Independent Recycling Services
2401 S Laflin
Chicago, IL 60608

J and K Trash
2325 W Second St
Chester, PA 19013

JWL Recycling Services
2000 E 122nd St
Chicago, IL 60629

KMG Hauling
14 Bryant Ct
Sterling, VA 20166

Midwest Paper Retriever
2401 S Laflin St
Chicago, IL 60608

Missouri Attorney General's Office
Supreme Court Building
207 W. High St. P.O. Box 899
Jefferson City, MO 65102

Morgantown Disposal
1000 Coombs Farm Dr
Morgantown, WV 26508

National Waste And Disposal
2214 N 170th East Ave
Tulsa, OK 74116

Noble Environmental
6000 Town Center Blvd Ste 145
Canonsburg PA  15317-5870

Office of Attorney General - Illinois
500 South Second Street
Springfield, IL 62701

Office of the Attorney General
Utah State Capitol Complex
350 North State Street Suite 230
Salt Lake City, UT 84114

Office of the Attorney General
1125 Washington St SE
PO Box 40100
Olympia, WA 98504

Office of The Attorney General
Richard J. Hughes Justice Complex
25 Market St 8th Fl West Wing
Trenton, NJ 08625

Office of the Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203

Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399

Office of the Indiana Attorney General
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204

Office of the New York State
Attorney General
The Capitol
Albany, NY 12224

Ohio Attorney General
30 E. Broad St., 14th Floor
Columbus, OH 43215

One Way
101 Martin St
Longmont, CO 80501

Orlando Waste Paper
2715 Staten Ave
Orlando, FL 32804

Patriot Sanitation Management
819-A Purser Dr
Raleigh, NC 27603

Pennsylvania Office of
Attorney General
Strawberry Square
Harrisburg, PA 17120

Priority Waste
45000 River Ridge Dr
Clinton Township, MI 48038

RI Office of the Attorney General
150 South Main Street
Providence, RI 02903

Sage Disposal
8646 Blackwood Drive
Windsor, CO 80550

South Carolina Attorney General
Attn: The Honorable Alan Wilson
P.O. Box 11549
Columbia, SC 29211

Team Clean and Haul
1223 S 3rd ST
Phoenix, AZ 85004

Texas Disposal Systems
12200 Carl Rd
Creedmoor, TX 78610

Office of Attorney General- Minnesota
Attn: Keith Ellison
445 Minnesota Street, Suite 600
Saint Paul, MN 55101

T-Mobile
2920 Southeast 38th St
Bellevue, WA 98006

Total Waste
605 South Caton Avenue
Baltimore, MD 21229

Walkers Total Solution
23994 Gay Lake Rd
Montgomery, TX 77356

Wall Recycling
2126 Garner Rd
Raleigh, NC 27610

Waste Connections
5516 Rozzelles Ferry Rd
Charlotte, NC 28214

WB Waste Solutions
1701 Olive St
Capitol Heights, MD 20743

Baker & Hostetler LLP
127 Public Square, Suite 2000
Cleveland, Ohio 44114

Joshua J. Bennett
Baker & Hostetler LLP
2850 North Harwood St., Ste. 1100
Dallas, Texas 75201

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

Rio Grande Waste Services, Inc
c/o SNELL & WILMER L.L.P.
Zachary A. Cooper
2501 North Harwood Street, Suite 1850
Dallas, Texas 75201