# **EXHIBIT A**

## **CORRECTED 13-WEEK BUDGET**

Corrected 13-Week Budget In re Ecube Labs Co.

| | Nov 10 - 16 | Nov 17 - 23 | Nov 24 - 30 | Dec 1 - 7 | Dec 8 - 14 | Dec 15 - 21 | Dec 22 - 28 | Dec 29 - Jan 4 | Jan 5 - 11 | Jan 12 - 18 | Jan 19 - 25 | Jan 26 - Feb 1 | Feb 2 - 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STARTING CASH | $410,000 | $137,815 | $80,795 | $24,980 | $404,875 | $80,840 | $24,910 | $13,935 | -$71,050 | -$92,830 | -$55,915 | -$63,890 | -$138,775 |
| INFLOW | | | | | | | | | | | | | |
| Haulla Revenue (Stripe) (Note 1) | $150,000 | $30,000 | $30,000 | $430,000 | $150,000 | $30,000 | $30,000 | $0 | $440,000 | $150,000 | $30,000 | $30,000 | $450,000 |
| (Checks) | $25,000 | $25,250 | $25,500 | $25,750 | $26,000 | $26,250 | $26,500 | $26,750 | $27,000 | $27,250 | $27,500 | $27,750 | $28,000 |
| DIP Loan (Note 2) | $0 | $0 | | | $0 | | | | | | | | |
| TOTAL INFLOW | $175,000 | $55,250 | $55,500 | $455,750 | $176,000 | $56,250 | $56,500 | $26,750 | $467,000 | $177,250 | $57,500 | $57,750 | $478,000 |
| OUTFLOW | | | | | | | | | | | | | |
| Past-due Haulla COGS (Note 3) | $0 | | | | | | | | | | | | |
| Haulla COGS | $400,000 | $100,000 | $50,000 | $50,000 | $410,000 | $100,000 | $50,000 | $50,000 | $420,000 | $100,000 | $50,000 | $50,000 | $430,000 |
| Liquidated Damages | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 |
| Auto Expense | $490 | $490 | $490 | $490 | $490 | $490 | $490 | $490 | $490 | $490 | $490 | $490 | $490 |
| Administrative | $780 | $780 | $780 | $780 | $780 | $780 | $780 | $780 | $780 | $780 | $780 | $780 | $780 |
| Bank Service Charges | $370 | $370 | $370 | $370 | $370 | $370 | $370 | $370 | $370 | $370 | $370 | $370 | $370 |
| Filing Fee | $150 | $0 | $150 | $0 | $0 | $0 | $0 | $200 | $0 | $0 | $0 | $0 | $0 |
| Insurance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $800 | $5,000 | $0 | $0 | $0 | $0 |
| Outside Service | $3,000 | $0 | $3,000 | $0 | $3,000 | $0 | $3,000 | $0 | $3,000 | $0 | $3,000 | $0 | $3,000 |
| Employee Salaries | $28,000 | $0 | $28,000 | $3,100 | $28,000 | $0 | $0 | $31,100 | $0 | $28,000 | $0 | $31,100 | $0 |
| Payroll Fees | $3,700 | $0 | $0 | $0 | $3,700 | $0 | $0 | $0 | $3,700 | $0 | $0 | $0 | $0 |
| Postage & Delivery | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 |
| Printing & Reproduction | $80 | $80 | $80 | $80 | $80 | $80 | $80 | $80 | $80 | $80 | $80 | $80 | $80 |
| Accounting Fees | $0 | $0 | $0 | $5,000 | $0 | $0 | $0 | $10,000 | $0 | $0 | $0 | $5,000 | $0 |
| Legal Fees (Note 4) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rents | $0 | $0 | $0 | $3,925 | $0 | $0 | $0 | $3,925 | $0 | $0 | $0 | $3,925 | $0 |
| Repairs & Maintenance | $0 | $0 | $0 | $0 | $0 | $0 | $2,000 | $0 | $0 | $0 | $0 | $0 | $0 |
| Supplies | $160 | $160 | $160 | $160 | $160 | $160 | $160 | $160 | $160 | $160 | $160 | $160 | $160 |
| Taxes & Licenses | $0 | $0 | $15,000 | $0 | $43,000 | $0 | $0 | $0 | $44,000 | $0 | | $0 | $45,000 |
| Telephone & Internet | $155 | $0 | $205 | $750 | $155 | $0 | $205 | $750 | $0 | $155 | $205 | $750 | $0 |
| Tools & Parts | $0 | $0 | $280 | $0 | $0 | $0 | $0 | $280 | $0 | $0 | $0 | $280 | $0 |
| Travel | $0 | $0 | $1,500 | $0 | $0 | $0 | $0 | $1,500 | $0 | $0 | $0 | $1,500 | $0 |
| Utilities | $0 | $90 | $0 | $900 | $0 | $0 | $90 | $0 | $900 | $0 | $90 | $900 | $0 |
| Warranty Expense | $0 | $0 | $1,000 | $0 | $0 | $0 | $0 | $1,000 | $0 | $0 | $0 | $1,000 | $0 |
| UST Quarterly Fees | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $26,000 | $0 |
| TOTAL OUTFLOW | $447,185 | $112,270 | $111,315 | $75,855 | $500,035 | $112,180 | $67,475 | $111,735 | $488,780 | $140,335 | $65,475 | $132,635 | $490,180 |
| ENDING CASH | $137,815 | $80,795 | $24,980 | $404,875 | $80,840 | $24,910 | $13,935 | -$71,050 | -$92,830 | -$55,915 | -$63,890 | -$138,775 | -$150,955 |

(1) Debtor provides no explanation for why this amount is zero, which is an aberration from the pattern of its projections in this budget
(2) Assumes no DIP loan
(3) Assumes no payments on prepetition debts as required under the Bankruptcy Code
(4) Removed because Debtor will not be paying legal fees bi-weekly; if Debtor's bankruptcy counsel is approved, counsel must submit fee applications and cannot be paid more frequently than once every 120 days; earliest date for fee application would be February 7, 2026