



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 13, 2025**

_____
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ECUBE LABS CO., | ) | Case No. 25-43950 |
| | ) | |
| Debtor. | ) | Judge Mark X. Mullin |
| | ) | |

**ORDER AUTHORIZING EL PASO DISPOSAL, LP, WASTE CONNECTIONS**
**OF TEXAS, LLC, WASTE CONNECTIONS LONE STAR, INC., AND WASTE**
**CONNECTIONS US, INC. TO FILE MOTION AND EXHIBIT UNDER SEAL**

Upon the motion (the "<u>Motion</u>")[1] of El Paso Disposal, LP, Waste Connections of Texas,

LLC, Waste Connections Lone Star, Inc., and Waste Connections US, Inc. (collectively, the "<u>Waste</u>

<u>Connections Parties</u>") for entry of an order (a) authorizing the Waste Connections Parties to file

under seal unredacted versions of the Stay Relief Motion and PI Order, and (b) granting related

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

relief, all as more fully set forth in the Motion; and this Court having jurisdiction to consider the

Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the

Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it

appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due

and proper notice of the Motion having been provided; and such notice having been adequate and

appropriate under the circumstances, and it appearing that no other or further notice need be

provided; and this Court having reviewed the Motion; and the Court having determined that the

legal and factual bases set forth in Motion establish just cause for the relief granted herein; and

upon all of the proceedings had before this Court and after due deliberation and sufficient cause

appearing therefor,

### IT IS HEREBY ORDERED THAT

1.      The Motion is **GRANTED** as set forth herein.

2.      The Waste Connections Parties are authorized to file unredacted versions of the

Stay Relief Motion and PI Order under seal.

3.      The Waste Connections Parties are authorized to take all actions necessary or

appropriate to carry out the relief granted in this Order.

4.      This Court shall retain jurisdiction to hear and determine all matters arising from

or related to the implementation, interpretation, or enforcement of this Order.