BTXN 208 (rev. 07/09)

| IN RE: Ecube Labs Co. | Motions Hearing (ECFs 47 and 48) | Case # 25–43950–mxm11 |
|---|---|---|
| **DEBTOR** | **TYPE OF HEARING** | |

| Ecube Labs Co. | *VS* | El Paso Disposal, LP, Waste Connections Lone Star, Inc., Waste Connections US, Inc., Waste Connections of Texas, LLC |
|---|---|---|
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |

| J. Blake Glatstein | | Alexis Beachdell |
|---|---|---|
| **ATTORNEY** | | **ATTORNEY** |

## EXHIBITS

| Admitted Exhibits 1–19 found at ECF 59 | Admitted Exhibit 1 found at ECF 61 |
|---|---|
| Admitted Exhibit 20 found at ECF 63 – Declaration of James Noh | |

| Myah Trevino | 11/14/2025 | Mark X. Mullin |
|---|---|---|
| **REPORTED BY** | **HEARING DATE** | **JUDGE PRESIDING** |