### Statement of Cash Receipts and Disbursements

| Date | Receipts | Disbursements | Comment |
|---|---|---|---|
| 10/10/2025 | | -3,021.12 | ADP Payroll Fees |
| 10/10/2025 | 456.05 | | Electricity |
| 10/10/2025 | 7,953.94 | | Stripe revenue |
| 10/14/2025 | | -20 | Tolls |
| 10/14/2025 | | -39.99 | eFax service |
| 10/14/2025 | | -455.33 | Bank charge (account maintenance) |
| 10/14/2025 | | -112.5 | Bank charge (account maintenance) |
| 10/14/2025 | 4,142.49 | | Stripe |
| 10/14/2025 | 27,936.65 | | Paper check revenue |
| 10/14/2025 | 187.38 | | ACH revenue |
| 10/15/2025 | | -154.99 | internet |
| 10/15/2025 | 29,134.52 | | Paper check revenue |
| 10/15/2025 | 4,079.27 | | Stripe revenue |
| 10/15/2025 | 388.16 | | Stripe revenue |
| 10/16/2025 | | -1,102.12 | bounced check |
| 10/16/2025 | 5,290.27 | | Stripe revenue |
| 10/16/2025 | 118.06 | | Stripe revenue |
| 10/17/2025 | 10,759.69 | | Stripe revenue |
| 10/20/2025 | 30,469.86 | | Paper check revenue |
| 10/20/2025 | 4,957.56 | | Stripe revenue |
| 10/21/2025 | | -160 | bounced check |
| 10/21/2025 | 6,295.31 | | Stripe revenue |
| 10/21/2025 | 112.43 | | Stripe revenue |
| 10/22/2025 | 5,160.29 | | Stripe revenue |
| 10/23/2025 | 14,732.69 | | Paper check revenue |
| 10/23/2025 | 5,852.50 | | Stripe revenue |
| 10/23/2025 | 557.73 | | Stripe revenue |
| 10/24/2025 | 103.51 | | ACH revenue |
| 10/24/2025 | 5,798.87 | | Stripe revenue |
| 10/27/2025 | | -55,367.04 | Reimbursement (Frontier Waste) |
| 10/27/2025 | | -6,172.34 | Reimbursement (Frontier Waste) |
| 10/27/2025 | | -38,432.27 | Reimbursement (Frontier Waste) |
| 10/27/2025 | | -2,154.37 | Outside service |
| 10/27/2025 | | -2,185.68 | Vendor payment |
| 10/27/2025 | | -29,007.04 | ADP payroll |
| 10/27/2025 | | -736.98 | Reimbursement (travel) |
| 10/27/2025 | | -841.31 | Reimbursement (travel) |
| 10/27/2025 | | -841.31 | Reimbursement (accidental double payment) |
| 10/27/2025 | 841.31 | | Reimbursement reversal |
| 10/27/2025 | 433.24 | | LD payment |

| Date | Receipts | Disbursements | Comment |
|---|---|---|---|
| 10/27/2025 | 13,567.81 | | Stripe revenue |
| 10/27/2025 | 4,918.75 | | Paper check revenue |
| 10/27/2025 | 342.7 | | ACH revenue |
| 10/28/2025 | | -102.6 | Vendor payment |
| 10/28/2025 | | -27,732.30 | ADP payroll |
| 10/28/2025 | | -13.95 | ADP Payroll Fees |
| 10/28/2025 | | -5.35 | Tolls |
| 10/28/2025 | 389.8 | | Misc income |
| 10/28/2025 | 7,138.69 | | Stripe revenue |
| 10/28/2025 | 279.46 | | ACH revenue |
| 10/29/2025 | | -71.24 | internet |
| 10/29/2025 | | -791 | insurance premium |
| 10/29/2025 | 212.19 | | ACH revenue |
| 10/29/2025 | 4,787.37 | | Stripe revenue |
| 10/29/2025 | 192.62 | | Stripe revenue |
| 10/30/2025 | 5,231.65 | | Stripe revenue |
| 10/31/2025 | | -5,884.45 | Reimbursement (Frontier Waste) |
| 10/31/2025 | | -65.21 | auto |
| 10/31/2025 | | -25 | filing fee |
| 10/31/2025 | 970.66 | | Stripe revenue |

|  | 203,793.48 | -175,495.49 |  |

**ECUBE LABS CO.**

Balance Sheet

As of October 31, 2025

**Assets**

| | | | |
|---|---|---|---|
| Current assets: | | | |
| Cash | $ | | 28,751 |
| Fund in merchant account | | | 4,467 |
| Accounts receivable, net | | | 5,740,180 |
| Inventory | | | 275,373 |
| Prepaid expenses | | | 82,690 |
| Total current assets | | | 6,131,461 |
| | | | |
| Fixed assets: | | | |
| Automobile | | | 116,585 |
| Computer and peripherals | | | 21,805 |
| Dumpsters | | | 2,805,740 |
| Furniture and fixture | | | 47,943 |
| Leasehold improvement | | | 3,500 |
| Machinery and equipment | | | 29,689 |
| Software | | | 3,650 |
| Accumulated depreciation | | | (1,251,330) |
| Total fixed assets | | | 1,777,583 |
| | | | |
| Other assets: | | | |
| Customer acquisition cost, net | | | 4,154,725 |
| Security deposit | | | 14,297 |
| Total other assets | | | 4,169,021 |
| | | | |
| Total assets | $ | | 12,078,066 |

**Liabilities and Stockholder's Equity**

| | | | |
|---|---|---|---|
| Liabilities: | | | |
| Current liabilities: | | | |
| Accounts payable | $ | | - |
| Accrued expense | | | 1,701,158 |
| Advance payable | | | 172,229 |
| Deferred revenue | | | 16,227 |
| Other payable | | | 254,607 |
| Total current liabilities | | | 2,144,221 |
| Total liabilities | | | 2,144,221 |
| | | | |
| Stockholder's equity: | | | |
| Common Stock | | | 740 |
| Additional paid-in capital | | | 22,185,716 |
| Retained earnings | | | (12,252,611) |
| Total stockholder's equity | | | 9,933,845 |
| | | | |
| Total liabilities and stockholder's equity | $ | | 12,078,066 |

**ECUBE LABS CO.**

Income Statement

10/10/2025 - 10/31/2025

| | | |
|---|---|---:|
| Sales | $ | 4,841 |
| Cost of goods sold | | 1,453,669 |
| Gross profit | | (1,448,827) |
| | | |
| Expenses | | |
| Automobile expense | | 91 |
| Bank service charges | | 578 |
| Customer acquisition expense | | 26,756 |
| Depreciation | | 35,951 |
| Dues and subscription | | 40 |
| Filing fee | | 25 |
| Insurance | | 791 |
| Merchant account fee | | 20,695 |
| Outside service | | 82,415 |
| Outsourced labor | | 59,774 |
| Postage and delivery | | - |
| Professional and legal | | - |
| Rent | | 1,397 |
| Storage | | - |
| Supplies | | - |
| Telephone and internet | | 226 |
| Travel | | 1,578 |
| Utilities | | (456) |
| Warehouse | | - |
| Warranty | | - |
| Total expenses | | 229,861 |
| | | |
| Operating income/(loss) | | (1,678,689) |
| | | |
| Other income/(expense): | | |
| Finance charges | | (2,458) |
| Miscellaneous income/(expense) | | 390 |
| Total other income/(expense) | | (2,068) |
| | | |
| Income/(loss) before income taxes | | (1,680,757) |
| | | |
| Provision for income taxes | | - |
| | | |
| Net income/(loss) | | (1,680,757) |

**ECUBE LABS CO.**

Statement of Cash Flows

10/10/2025 - 10/31/2025

| | | |
|---|---|---:|
| Cash flows from operating activities: | | |
| Net income/(loss) | $ | (1,680,757) |
| Adjustments to reconcile net Income/(loss) to net cash | | |
| provided by (used in) operations: | | |
| Depreciation and amortization | | 35,951 |
| Changes in operating assets and liabilities: | | |
| Funds in merchant account | | (588,170) |
| Accounts receivable | | 830,162 |
| Inventory | | (275,373) |
| Prepaid expenses and other current assets | | 1,397 |
| Other assets | | 28,264 |
| Accounts payable | | - |
| Deferred revenue | | (1,033) |
| Accrued expenses and other current liabilities | | 1,701,267 |
| Net cash provided by (used in) operating activities | | 51,709 |
| | | |
| Cash flows from investing activities: | | |
| Change in property and equipment | | - |
| Net cash provided by (used in) investing activities | | - |
| | | |
| Cash flows from financing activities: | | |
| Net increase/(decrease) in advance payable | | (23,411) |
| Net increase/(decrease) in short-term debt | | - |
| Net increase/(decrease) in long-term debt | | - |
| Net increase/(decrease) in common stock and APIC | | - |
| Net cash provided by (used in) financing activities | | (23,411) |
| | | |
| Net increase/(decrease) in cash | | 28,298 |
| | | |
| Cash at beginning of period | | 453 |
| Cash at end of period | $ | 28,751 |

# Optimize Business Checking℠



Account number:        9826 ■ October 1, 2025 - October 31, 2025 ■ Page 1 of 3

ECUBE LABS CO.
DBA HAULLA
2550 W MAIN ST
202
ALHAMBRA CA 91801-1694

**Questions?**

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
  1-800-CALL-WELLS (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
    P.O. Box 6995
    Portland, OR  97228-6995

## Account summary

### Optimize Business Checking ℠

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 9826 | $388.64 | $814,820.32 | -$813,774.62 | $1,434.34 |

## Credits
Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail | |
|---|---|---|---|---|
| | 10/01 | 5,041.01 | Stripe Transfer St-S0L2Q7T9S4M7 Ecube Labs CO | |
| | 10/01 | 12,454.48 | Desktop Check Deposit | |
| | 10/02 | 134.98 | Deny-Lind Trucki ACH Pmt 20251001 | Inv. |
| | 10/02 | 150.12 | Deny-Lind Trucki ACH Pmt 20251001 | Inv. |
| | 10/02 | 2,131.27 | Stripe Transfer St-F6F3U3A3I3A6 Ecube Labs CO | |
| | 10/03 | 429,117.06 | Stripe Transfer St-x3D1M2H4N5O3 Ecube Labs CO | |
| | 10/06 | 104.69 | Dupre Operating Corp Pay 76804 Haulla | |
| | 10/06 | 11,229.62 | Stripe Transfer St-O0E2I4R3D1W4 Ecube Labs CO | |
| | 10/07 | 12,311.80 | Stripe Transfer St-F0M7Q4D7F3K1 Ecube Labs CO | |
| | 10/08 | 11,585.38 | Stripe Transfer St-R7W8V5K7G7Y7 Ecube Labs CO | |
| | 10/08 | 6,621.00 | Desktop Check Deposit | |
| | 10/09 | 150.86 | Fa Bartlett Tree 101525Usac Oct 25 257653 Rmr*IV*20251001**15100*15100*0\Dtm*003*20251001\ | |
| | 10/09 | 6,455.76 | Stripe Transfer St-H0U5N7T7R5W4 Ecube Labs CO | |
| | 10/09 | 115,659.21 | Stripe Transfer St-A6I0P6A0N2L5 Ecube Labs CO | |
| | 10/10 | 7,953.94 | Stripe Transfer St-J2J4F7W5K3A7 Ecube Labs CO | |
| | 10/14 | 187.38 | Sme-USA Inc-4 3624082 285 Haulla | |
| | 10/14 | 27,936.65 | Desktop Check Deposit | |
| | 10/14 | 4,142.49 | Stripe Transfer St-C2M6J3Y1C2Y2 Ecube Labs CO | |
| | 10/15 | 388.16 | Stripe Transfer St-O6V1L6U3Q5B8 Ecube Labs CO | |
| | 10/15 | 4,079.27 | Stripe Transfer St-Q0N9I4I1Z5U5 Ecube Labs CO | |
| | 10/15 | 29,134.52 | Desktop Check Deposit | |
| | 10/16 | 118.06 | Stripe Transfer St-K4F6Q7N8G7G5 Ecube Labs CO | |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Account number:    9826 ■ October 1, 2025 - October 31, 2025 ■ Page 2 of 15



**WELLS FARGO**

*Electronic deposits/bank credits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/16 | 5,290.27 | Stripe Transfer St-x8B8A7Y6M8C3 Ecube Labs CO |
| | 10/17 | 10,759.69 | Stripe Transfer St-A7Z1F9C6D7D4 Ecube Labs CO |
| | 10/20 | 4,957.56 | Stripe Transfer St-x0L2U9I1K7F2 Ecube Labs CO |
| | 10/20 | 30,469.86 | Desktop Check Deposit |
| | 10/21 | 112.43 | Stripe Transfer St-Y3B3S2I1P6I0 Ecube Labs CO |
| | 10/21 | 6,295.31 | Stripe Transfer St-O3G8K7T7Y9B7 Ecube Labs CO |
| | 10/22 | 5,160.29 | Stripe Transfer St-M7T4U8Z4P5B6 Ecube Labs CO |
| | 10/23 | 557.73 | Stripe Transfer St-O3A5T9S4R9U3 Ecube Labs CO |
| | 10/23 | 5,852.50 | Stripe Transfer St-x6W2C9C1V8Y9 Ecube Labs CO |
| | 10/23 | 14,732.69 | Desktop Check Deposit |
| | 10/24 | 5,798.87 | Stripe Transfer St-K1I3W1Z5N1T9 Ecube Labs CO |
| | 10/24 | 103.51 | United Fidelity AP 251024 Ecube Labs CO Rmt*IV*15495717514-20250901*103.51\Dtm*003*250901 |
| | 10/27 | 342.70 | Campo Sheet Met Corp Pay Haulla |
| | 10/27 | 4,918.75 | Desktop Check Deposit |
| | 10/27 | 13,567.81 | Stripe Transfer St-G1L5S0D5I1A3 Ecube Labs CO |
| | 10/28 | 279.46 | Lonestar Battery Payment 251028 Ecu-0001 Payment for Invoice 8939898689059-20251001 |
| | 10/28 | 7,138.69 | Stripe Transfer St-Q3K9N6H9M0R6 Ecube Labs CO |
| | 10/29 | 192.62 | Stripe Transfer St-Z3P6Y0T5S7H1 Ecube Labs CO |
| | 10/29 | 4,787.37 | Stripe Transfer St-D0R1A9F6V7Z9 Ecube Labs CO |
| | 10/29 | 212.19 | United Fidelity AP 251029 Ecube Labs CO Rmt*IV*15495717514-20251001*212.19\Dtm*003*251001 |
| | 10/30 | 5,231.65 | Stripe Transfer St-H1B3Y2T4L7M9 Ecube Labs CO |
| | 10/31 | 970.66 | Stripe Transfer St-G5W8P0G2F6W5 Ecube Labs CO |
| | | $814,820.32 | Total electronic deposits/bank credits |
| | | $814,820.32 | Total credits |

## Debits
### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/01 | 5,000.00 | Online Transfer to Ecube Labs CO. Business Checking xxxxxx8490 Ref #Ib0V4V87Ft on 10/01/25 |
| | 10/02 | 15,000.00 | Online Transfer to Ecube Labs CO. Business Checking xxxxxx8490 Ref #Ib0V5Clp7K on 10/02/25 |
| | 10/03 | 429,000.00 | Online Transfer to Ecube Labs CO. Business Checking xxxxxx8490 Ref #Ib0V5Vg5Pz on 10/03/25 |
| | 10/07 | 24,000.00 | Online Transfer to Ecube Labs CO. Business Checking xxxxxx8490 Ref #Ib0V79Nhcg on 10/07/25 |
| | 10/08 | 11,000.00 | Online Transfer to Ecube Labs CO. Business Checking xxxxxx8490 Ref #Ib0V7Nmhmm on 10/08/25 |
| | 10/09 | 129,400.00 | Online Transfer to Ecube Labs CO. Business Checking xxxxxx8490 Ref #Ib0V7Ypysc on 10/09/25 |
| | 10/10 | 7,000.00 | Online Transfer to Ecube Labs CO. Business Checking xxxxxx8490 Ref #Ib0V8M89L4 on 10/10/25 |
| | 10/14 | 112.50 | Client Analysis Srvc Chrg 251010 Svc Chge 0925 |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Account number:        9826 ■ October 2022 to October 31, 2025 ■ Page 8 of 15



*Electronic debits/bank debits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/14 | 4,000.00 | Online Transfer to Ecube Labs CO. Business Checking xxxxxx8490 Ref #Ib0V9Wk7L3 on 10/14/25 |
| | 10/16 | 1,102.12 | Deposited Item Retn Unpaid - Paper 251016 |
| | 10/21 | 160.00 | Deposited Item Retn Unpaid - Paper 251021 |
| | 10/27 | 152,000.00 | Online Transfer to Ecube Labs CO. Business Checking xxxxxx8490 Ref #Ib0Vfykbf4 on 10/25/25 |
| | 10/27 | 13,000.00 | Online Transfer to Ecube Labs CO. Business Checking xxxxxx8490 Ref #Ib0Vgdlymr on 10/27/25 |
| | 10/28 | 13,000.00 | Online Transfer to Ecube Labs CO. Business Checking xxxxxx8490 Ref #Ib0Vgrj5Km on 10/28/25 |
| | 10/31 | 10,000.00 | Online Transfer to Ecube Labs CO. Business Checking xxxxxx8490 Ref #Ib0Vhrdcg9 on 10/30/25 |
| | | $813,774.62 | Total electronic debits/bank debits |
| | | $813,774.62 | Total debits |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/30 | 388.64 | 10/10 | 1,089.82 | 10/23 | 145,890.06 |
| 10/01 | 12,884.13 | 10/14 | 29,243.84 | 10/24 | 151,792.44 |
| 10/02 | 300.50 | 10/15 | 62,845.79 | 10/27 | 5,621.70 |
| 10/03 | 417.56 | 10/16 | 67,152.00 | 10/28 | 39.85 |
| 10/06 | 11,751.87 | 10/17 | 77,911.69 | 10/29 | 5,232.03 |
| 10/07 | 63.67 | 10/20 | 113,339.11 | 10/30 | 10,463.68 |
| 10/08 | 7,270.05 | 10/21 | 119,586.85 | 10/31 | 1,434.34 |
| 10/09 | 135.88 | 10/22 | 124,747.14 | | |

| Average daily ledger balance | $45,571.83 |
|---|---|

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# Optimize Business Checking℠

Account number:    8490 ■ October 1, 2025 - October 31, 2025 ■ Page 1 of 5



**ECUBE LABS CO.**
**DBA HAULLA**
**2550 W MAIN ST**
**202**
**ALHAMBRA CA 91801-1694**

### Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
  1-800-CALL-WELLS (1-800-225-5935)

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (114)
  P.O. Box 6995
  Portland, OR  97228-6995

## Account summary

### Optimize Business Checking ℠

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 8490 | $70,780.52 | $925,992.91 | -$969,556.78 | $27,216.65 |

## Credits
### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/01 | 110,000.00 | WT 2074242274Js Nium Pte. Ltd. /Org=Ecubelabs 811 Gurodong Gurogu Seou Srf# 2074242274Js Trn#251001023048 Rfb# Eoskupxsl4Ft |
| | 10/01 | 5,000.00 | Online Transfer From Ecube Labs CO. Business Checking xxxxxx9826 Ref #Ib0V4V87Ft on 10/01/25 |
| | 10/02 | 15,000.00 | Online Transfer From Ecube Labs CO. Business Checking xxxxxx9826 Ref #Ib0V5Clp7K on 10/02/25 |
| | 10/03 | 429,000.00 | Online Transfer From Ecube Labs CO. Business Checking xxxxxx9826 Ref #Ib0V5Vg5Pz on 10/03/25 |
| | 10/06 | 455.64 | Buzzi Unicem USA Domtboa032 120ACH176744 Rmr*Ik*Transfer\ |
| | 10/06 | 100.00 | Online Transfer From Ecube Labs CO. Business Checking xxxxxx4140 Ref #Ib0V6Mzztr on 10/05/25 |
| | 10/07 | 800.00 | ATM Cash Deposit on 10/07 3701 E Foothill Blvd Pasadena CA 0005239 ATM ID 9907F Card 0441 |
| | 10/07 | 24,000.00 | Online Transfer From Ecube Labs CO. Business Checking xxxxxx9826 Ref #Ib0V79Nhcg on 10/07/25 |
| | 10/08 | 11,000.00 | Online Transfer From Ecube Labs CO. Business Checking xxxxxx9826 Ref #Ib0V7Nmhmm on 10/08/25 |
| | 10/09 | 116.87 | Purchase Return authorized on 10/08 Google *Google Nes G.CO/Helppay# CA S385281800208364 Card 0441 |
| | 10/09 | 129,400.00 | Online Transfer From Ecube Labs CO. Business Checking xxxxxx9826 Ref #Ib0V7Ypysc on 10/09/25 |
| | 10/10 | 456.05 | So Cal Edison CO Hist Rtn 251010 700657778464 Noh James |
| | 10/10 | 7,000.00 | Online Transfer From Ecube Labs CO. Business Checking xxxxxx9826 Ref #Ib0V8M89L4 on 10/10/25 |
| | 10/14 | 4,000.00 | Online Transfer From Ecube Labs CO. Business Checking xxxxxx9826 Ref #Ib0V9Wk7L3 on 10/14/25 |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.



*Electronic deposits/bank credits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/27 | 433.24 | Waste Management Payment 251024 000090864953000 Log IN to The My WM Account Page for Payment Deta |
| | 10/27 | 841.31 | WT Seq450059 Coo Wire Compliance /Org=Ecube Labs CO., DBA Haulla Srf# Gw00000079977396 Trn#251025450059 Rfb# 752 |
| | 10/27 | 152,000.00 | Online Transfer From Ecube Labs CO. Business Checking xxxxxx9826 Ref #Ib0Vfykbf4 on 10/25/25 |
| | 10/27 | 13,000.00 | Online Transfer From Ecube Labs CO. Business Checking xxxxxx9826 Ref #Ib0Vgdlymr on 10/27/25 |
| | 10/28 | 389.80 | Zelle From Alexi E Velasquez on 10/28 Ref # Jpm99Bslenni for Haulla |
| | 10/28 | 13,000.00 | Online Transfer From Ecube Labs CO. Business Checking xxxxxx9826 Ref #Ib0Vgrj5Km on 10/28/25 |
| | 10/31 | 10,000.00 | Online Transfer From Ecube Labs CO. Business Checking xxxxxx9826 Ref #Ib0Vhrdcg9 on 10/30/25 |
| | | $925,992.91 | Total electronic deposits/bank credits |
| | | $925,992.91 | Total credits |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/01 | 7.05 | Purchase authorized on 09/30 The Toll Roads of 949-727-4800 CA |
| | 10/01 | 49,448.03 | WT Fed#01R00 Citibank, N.A. /Ftr/Bnf=James Noh Srf# Gw00000079453777 |
| | 10/01 | 97,072.68 | WT 251001-102226 Bank of America, N. /Bnf=James Noh Srf# |
| | 10/01 | 4,500.00 | Zelle to Vien Kevin on 10/01 Ref # Wfct0Zblx322 Warehouse |
| | 10/01 | 53.40 | Purchase authorized on 10/01 USPS PO 05741008 1001 Fre South Pasaden CA |
| | 10/01 | 5,360.59 | WT Fed#03R02 Jpmorgan Chase Ban /Ftr/Bnf=NEW Soil Company Srf# |
| | 10/02 | 435.00 | Purchase authorized on 09/30 CT Secretary of St 860-5096151 CT |
| | 10/02 | 25.00 | Purchase authorized on 10/01 Notarize DBA Proof Proof.Com NY |
| | 10/02 | 120.00 | Purchase authorized on 10/01 Grisham & Kendall, Maryellen@Gri TX |
| | 10/02 | 2.00 | Purchase authorized on 10/01 TX.Gov*Servicefee- WWW.Texas.Gov TX |
| | 10/02 | 23,204.92 | WT 251002-087283 Bank of America, N. /Bnf=James Noh Srf# |
| | 10/02 | 10,250.00 | WT Fed#02R01 Shinhan Bank Ameri /Ftr/Bnf=Jc & Associates Srf# |
| | 10/02 | 724.69 | T-Mobile PCS Svc 251001 7979085 Ecube Labs CO |
| | 10/02 | 1,200.00 | Outpost Parking, Outpost PA St-B6P2N6K3D5W5 James Noh |
| | 10/02 | 452.24 < | Business to Business ACH Debit - Wise Inc Wise 251002 Trnwise Ecube Labs CO |
| | 10/02 | 744.39 < | Business to Business ACH Debit - Wise Inc Wise 251002 Trnwise Ecube Labs CO |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.



*Electronic debits/bank debits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/03 | 225.00 | Recurring Payment authorized on 09/30 Extra Space 3715 888-5869658 MD |
| | 10/03 | 72.50 | Purchase authorized on 10/01 Collin Vehreg WWW.Texas.Gov TX |
| | 10/03 | 122.09 | Purchase authorized on 10/02 American Air001063 Fort Worth TX |
| | 10/03 | 596.97 | Purchase authorized on 10/02 American Air001227 Fort Worth TX |
| | 10/03 | 149.00 | Recurring Payment authorized on 10/02 WWW.Netvendor.Com Netvendor.Com |
| | 10/03 | 271,861.50 | WT Fed#02R00 Citibank, N.A. /Ftr/Bnf=James Noh Srf# |
| | 10/03 | 116,873.63 | WT 251003-094792 Bank of America, N. /Bnf=James Noh Srf# |
| | 10/03 | 52.28 | Purchase authorized on 10/03 Office Depot 00 5533 Rose Temple City CA |
| | 10/03 | 163.55 | Public Service Pseg 007560373518 Ecube Labs CO |
| | 10/06 | 27.43 | Purchase authorized on 10/02 Staples Inc Staples.Com MA Card 1226 |
| | 10/06 | 11.45 | Purchase authorized on 10/03 The Toll Roads of 949-727-4800 CA |
| | 10/06 | 89.94 | Recurring Payment authorized on 10/03 Athens Services 626-3363636 CA |
| | 10/06 | 6.00 | Purchase authorized on 10/03 Ladot Meter Parkin Los Angeles CA |
| | 10/06 | 44.86 | Purchase authorized on 10/04 Murphy Express Plano TX Card 6424 |
| | 10/06 | 43.74 | Purchase authorized on 10/04 Target T-1293 Costa Mesa CA |
| | 10/06 | 10.00 | Purchase authorized on 10/04 Hctra EZ Tag Rebil 281-875-3279 TX |
| | 10/06 | 3.00 | Purchase authorized on 10/04 Ctlp*Csc Servicewo Melville NY |
| | 10/06 | 35.00 | Purchase authorized on 10/04 Tommy Terrifics CA Plano TX Card 6424 |
| | 10/06 | 77.31 | Purchase authorized on 10/04 Chevron 0094161 855-285-9595 CA |
| | 10/06 | 99.00 | Recurring Payment authorized on 10/05 Ewebinar Vancouver Can |
| | 10/06 | 769.18 | Purchase authorized on 10/05 The Home Depot #6037 Pasadena CA |
| | 10/07 | 7.00 | Purchase authorized on 10/06 The Toll Roads of 949-727-4800 CA |
| | 10/07 | 25.00 | Purchase authorized on 10/06 Notarize DBA Proof Proof.Com NY |
| | 10/07 | 100.00 | Online Transfer to Ecube Labs CO. Business Checking xxxxxx4140 Ref #Ib0V79Nlxg on 10/07/25 |
| | 10/07 | 390.40 | Purchase authorized on 10/07 USPS PO 05723008 61 S Bal Sierra Madre CA |
| | 10/07 | 800.00 | ATM Withdrawal authorized on 10/07 3701 E Foothill Blvd Pasadena CA 0005238 ATM ID 9907F Card 0441 |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.



*Electronic debits/bank debits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/07 | 62,000.00 | WT Fed#02R01 Southside Bank /Ftr/Bnf=Vartabedian Hester & Haynes LLP Srf# |
| | 10/08 | 23.16 | Recurring Payment Intl authorized on 10/06 Optus Prepaid Melbourne Aus |
| | 10/08 | 0.69 | International Purchase Transaction Fee |
| | 10/08 | 200.50 | Purchase authorized on 10/08 USPS PO 05741008 1001 Fre South Pasaden CA |
| | 10/08 | 456.05 | So Cal Edison CO Bill Paymt 251007 700657778464 Noh James |
| | 10/09 | 146,499.69 | WT Fed#03R00 Citibank, N.A. /Ftr/Bnf=James Noh Srf# |
| | 10/10 | 3,021.12 < | Business to Business ACH Debit - ADP Payroll Fees ADP - Fees 251010 5331S3 |
| | 10/14 | 455.33 | Client Analysis Srvc Chrg 251010 Svc Chge 0925 |
| | 10/14 | 39.99 | Recurring Payment authorized on 10/10 Ccsi Efax Corporat 323-817-1155 CA |
| | 10/14 | 20.00 | Purchase authorized on 10/11 The Toll Roads of 949-727-4800 CA |
| | 10/15 | 154.99 | Recurring Payment authorized on 10/13 Frontier Comm Corp WWW.Frontier. CT |
| | 10/27 | 841.31 | WT Seq450059 Coo Wire Compliance /Bnf=Kevin J Serna Srf# |
| | 10/27 | 841.31 | WT Seq450059 Kevin J Serna /Bnf=Kevin J Serna Srf# Gw00000079977396 |
| | 10/27 | 736.98 | WT 251027-020865 Jpmorgan Chase Bank /Bnf=Hyoung IN OH Srf# |
| | 10/27 | 29,007.04 | WT 251027-020866 Jpmorgan Chase Bank /Bnf=ADP Totalsource, Inc. Srf# |
| | 10/27 | 2,185.68 | WT Fed#02R00 Texas Gulf Bank, N /Ftr/Bnf=Catamount Finance, Lp Srf# |
| | 10/27 | 2,154.37 | WT Fed#02R00 Jpmorgan Chase Ban /Ftr/Bnf=Alexi Velasquez Srf# Gw00000079980615 Trn#251027070194 Rfb# 754 |
| | 10/27 | 38,432.27 | WT Fed#03R00 Citibank, N.A. /Ftr/Bnf=James Noh Srf# |
| | 10/27 | 6,172.34 | WT Fed#03R00 Citibank, N.A. /Ftr/Bnf=James Noh Srf# G |
| | 10/27 | 55,367.04 | WT Fed#02R00 Citibank, N.A. /Ftr/Bnf=James Noh Srf# |
| | 10/28 | 5.35 | Purchase authorized on 10/27 The Toll Roads of 949-727-4800 CA |
| | 10/28 | 13.95 | WT 251028-004342 Jpmorgan Chase Bank /Bnf=ADP Totalsource, Inc. Srf# |
| | 10/28 | 27,732.30 | WT 251028-086843 Jpmorgan Chase Bank /Bnf=ADP Totalsource, Inc. Srf# |
| | 10/28 | 102.60 | WT Fed#01R01 Texas Gulf Bank, N /Ftr/Bnf=Catamount Finance, Lp Srf# |
| | 10/29 | 791.00 | Purchase authorized on 10/27 Hartford Ins. Prem 800-962-6170 CT |
| | 10/29 | 71.24 | Recurring Payment authorized on 10/28 Spectrum 855-707-7328 MO |
| | 10/31 | 25.00 | Purchase authorized on 10/30 CO Secretary State 303-860-6962 CO |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.



*Electronic debits/bank debits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/31 | 65.21 | Purchase authorized on 10/30 Chevron 0384377 626-792-1840 CA |
| | 10/31 | 5,884.45 | WT 251031-004838 Bank of America, N. /Bnf=James Noh Srf# |
| | | $969,556.78 | Total electronic debits/bank debits |
| | | $969,556.78 | Total debits |

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/30 | 70,780.52 | 10/07 | 6,880.34 | 10/15 | 7,981.74 |
| 10/01 | 29,338.77 | 10/08 | 17,199.94 | 10/27 | 38,517.95 |
| 10/02 | 7,180.53 | 10/09 | 217.12 | 10/28 | 24,053.55 |
| 10/03 | 46,064.01 | 10/10 | 4,652.05 | 10/29 | 23,191.31 |
| 10/06 | 45,402.74 | 10/14 | 8,136.73 | 10/31 | 27,216.65 |

Average daily ledger balance      $16,229.29

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# Optimize Business Checking™



Account number:      4140  ■  October 1, 2025 - October 31, 2025  ■  Page 1 of 2

ECUBE LABS CO.
DBA HAULLA
2550 W MAIN ST
202
ALHAMBRA CA 91801-1694

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
  1-800-CALL-WELLS (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
  P.O. Box 6995
  Portland, OR 97228-6995

## Account summary

### Optimize Business Checking ™

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 4140 | $100.00 | $100.00 | -$100.00 | $100.00 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/07 | 100.00 | Online Transfer From Ecube Labs CO. Business Checking xxxxxx8490 Ref #Ib0V79Nlxg on 10/07/25 |
| | | $100.00 | Total electronic deposits/bank credits |
| | | $100.00 | Total credits |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/06 | 100.00 | Online Transfer to Ecube Labs CO. Business Checking xxxxxx8490 Ref #Ib0V6Mzztr on 10/05/25 |
| | | $100.00 | Total electronic debits/bank debits |
| | | $100.00 | Total debits |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/30 | 100.00 | 10/06 | 0.00 | 10/07 | 100.00 |
| Average daily ledger balance | $96.77 | | | | |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

(114)
Sheet Seq = 0025243
Sheet 00001 of 00002



NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.