Emily S. Chou
State Bar No. 24006997
J. Blake Glatstein
State Bar No. 24123295
Mary Taylor Stanberry
State Bar No. 24143781
**VARTABEDIAN HESTER & HAYNES LLP**
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102
Tel: 817-214-4990
Email: emily.chou@vhh.law
blake.glatstein@vhh.law
mary.stanberry@vhh.law

PROPOSED ATTORNEYS FOR DEBTOR
AND DEBTOR-IN-POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 Case |
| | § | |
| ECUBE LABS CO., | § | Case No. 25-43950 |
| | § | |
| | § | |
| | § | |
| Debtor. | § | |

**NOTICE OF FINAL HEARING**

**PLEASE TAKE NOTICE** that a final hearing on the *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Secured Post-Petition Financing, (II) Scheduling a Final Hearing, and (III) Granting Related Relief* [ECF No. 48] ("Motion") have been set for been set for **December 10, 2025, at 1:30 p.m. Central Time ("Final DIP Hearing").**

The Final DIP Hearing will be held before the Honorable Mark X. Mullin, United States Bankruptcy Judge for the Northern District of Texas, Fort Worth Division, Room 128, U.S. Courthouse, 501 West Tenth Street, Fort Worth, Texas 76102.

**For WebEx Video Participation/Attendance:**

Link:  https://us-courts.webex.com/meet/mullin

Meeting Number: 2310-650-8783

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1.650.479.3207

Access Code: 2310-650-8783

WebEx Hearing Instructions may be obtained from Judge Mullins' hearing/calendar site:

https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-mullin-hearing-dates

Any objections to the relief requested in the Motion must be filed and served no later than **December 5, 2025, at 5:00 p.m. Central**.

Dated: November 24, 2025        Respectfully submitted,

/s/ Emily S. Chou
Emily S. Chou
State Bar No. 24006997
J. Blake Glatstein
State Bar No. 24123295
Mary Taylor Stanberry
State Bar No. 24143781
**VARTABEDIAN HESTER & HAYNES LLP**
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102
Tel: 817-214-4990
Email: emily.chou@vhh.law
       blake.glatstein@vhh.law
       mary.stanberry@vhh.law

PROPOSED ATTORNEYS FOR DEBTOR
AND DEBTOR IN POSSESSION

/s/ Emily S. Chou
Emily S. Chou