| Fill in this information to identify the case: |
| --- |

Debtor name _____ **Ecube Labs Co.** _____

United States Bankruptcy Court for the:
_____ **Northern District of Texas** _____

Case number (if known): **25-43950-mxm11** _____

☑ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1** | Priority creditor's name and mailing address<br>_____<br>_____<br>_____ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | _____ _____ |
| | Date or dates debt was incurred<br>_____ | Basis for the claim:<br>_____ | |
| | Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| **2.2** | Priority creditor's name and mailing address<br>_____<br>_____<br>_____ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | _____ _____ |
| | Date or dates debt was incurred<br>_____ | Basis for the claim:<br>_____ | |
| | Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

| Debtor | Ecube Labs Co. | Case number *(if known)* | 25-43950-mxm11 |
|--------|----------------|--------------------------|----------------|
| | Name | | |

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|--|--|--|

**3.1** Nonpriority creditor's name and mailing address

ACE RECYCLING AND DISPOSAL

2274 SOUTH TECHNOLOGY DRIVE

West Valley City, UT 84119

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$388.99**

---

**3.2** Nonpriority creditor's name and mailing address

ADAMS DISPOSAL

1517 COLWELL LANE

Conshohocken, PA 19428

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$240.00**

---

**3.3** Nonpriority creditor's name and mailing address

ADVANTAGE WASTE DISPOSAL

2500 WEST BURTON ROAD

Balch Springs, TX 75180

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$314.92**

---

**3.4** Nonpriority creditor's name and mailing address

AMERICAN RECLAMATION

4560 DORAN STREET

Los Angeles, CA 90039

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$392.86**

---

| Debtor | Ecube Labs Co. | Case number *(if known)* | 25-43950-mxm11 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.5

**Nonpriority creditor's name and mailing address**

ANALYSIS GROUP

111 HUNTINGTON AVENUE, 14th Floor

Boston, MA 02199

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$15,284.00

---

### 3.6

**Nonpriority creditor's name and mailing address**

ANYTIME WASTE

1212 OUTER LOOP

Louisville, KY 40219

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$2,486.12

---

### 3.7

**Nonpriority creditor's name and mailing address**

APEX WASTE SOLUTIONS

1809 NORTH CIRCLE DRIVE

Colorado Springs, CO 80909

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$3,382.64

---

### 3.8

**Nonpriority creditor's name and mailing address**

AREA REFUSE

580 OBRECHT ROAD

Sykesville, MD 21784

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$1,500.77

| Debtor | **Ecube Labs Co.** | Case number *(if known)* | **25-43950-mxm11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,891.55 |

**ARIZONA ROLL OFF SERVICES**

**830 EAST SHERMAN STREET**

**Phoenix, AZ 85034**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,335.94 |

**ASPEN WASTE**

**13710 GREEN ASH COURT**

**Earth City, MO 63045**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,425.18 |

**ATLAS DISPOSAL**

**3140 GOLD CAMP DRIVE #30**

**Rancho Cordova, CA 95670**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,006.95 |

**BERKELEY RESEARCH GROUP**

**2200 POWELL STREET #1200**

**Emeryville, CA 94608**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | Ecube Labs Co. | Case number *(if known)* | 25-43950-mxm11 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.13
**Nonpriority creditor's name and mailing address**

**BEST CLEANER DISPOSAL**

**15 SOUTH 4TH AVENUE**

**Brighton, CO 80601**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,373.25

### 3.14
**Nonpriority creditor's name and mailing address**

**BOREN BROTHERS**

**808 RHOADS AVENUE**

**Columbus, OH 43205**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,187.96

### 3.15
**Nonpriority creditor's name and mailing address**

**BOSMAN DISPOSAL**

**4319 BUTTERFIELD ROAD**

**Bellwood, IL 60104**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,340.01

### 3.16
**Nonpriority creditor's name and mailing address**

**BOZZUTO BROS REFUSE SERVICE**

**1002 MIDDLETOWN AVENUE**

**Northford, CT 06472**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$116.99

| Debtor | **Ecube Labs Co.** | Case number *(if known)* | **25-43950-mxm11** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.17** Nonpriority creditor's name and mailing address

**C & R CONTAINER SERVICES**

**1240 WIN DRIVE**

**Bethlehem, PA 18017**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$8,030.34

---

**3.18** Nonpriority creditor's name and mailing address

**CAPITAL WASTE SERVICES**

**1450 BLUFF ROAD**

**Columbia, SC 29201**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,500.88

---

**3.19** Nonpriority creditor's name and mailing address

**CAROLINA WASTE GROUP**

**249 NORTH HARTMAN ROAD**

**Dallas, NC 28034**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$45,212.00

---

**3.20** Nonpriority creditor's name and mailing address

**Celtic Bank**

**c/o Stripe**

**354 OYSTER POINT BOULEVARD**

**South San Francisco, CA 94080**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money Loaned**

Is the claim subject to offset?
☑ No
☐ Yes

$193,943.00

---

| Debtor | **Ecube Labs Co.** | Case number *(if known)* | **25-43950-mxm11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $133,427.49 |
|---|---|---|---|

**COASTAL WASTE**

**4950 COMMUNICATION AVE #920**

**Boca Raton, FL 33431**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **Trade Debt**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $983.66 |
|---|---|---|---|

**CONSOLIDATED CONTAINER GROUP**

**1885 FEDERAL PARKWAY**

**Columbus, OH 43207**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,772.25 |
|---|---|---|---|

**CONTROL WASTE SERVICES**

**15912 HOLLISTER STREET**

**Houston, TX 77066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,059.88 |
|---|---|---|---|

**CURBSIDE WASTE**

**18150 118TH AVENUE NORTH**

**Dayton, MN 55369**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **Trade Debt**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Ecube Labs Co.** | Case number *(if known)* | **25-43950-mxm11** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.25** Nonpriority creditor's name and mailing address

**DBI WASTE SYSTEMS**

**377 THIRD STREET**

**Everett, MA 02149**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$624.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

**DETROIT DISPOSAL**

**1475 EAST MILWAUKEE AVENUE**

**Detroit, MI 48211**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$155.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address

**DIALPAD**

**2700 CAMINO RAMON #490**

**San Ramon, CA 94583**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

**EAGLE DISPOSAL**

**21107 OMEGA CIRCLE**

**Franksville, WI 53126**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$2,475.70**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Ecube Labs Co. | Case number *(if known)* | 25-43950-mxm11 |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

### 3.29

**Nonpriority creditor's name and mailing address**

**ECUBE LABS CO., LTD.**

**288 Digital-Ro #710**

**Guro-Gu, Seol, South Korea, 08390**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

### 3.30

**Nonpriority creditor's name and mailing address**

**EXTRA SPACE STORAGE**

**5425 O'DONNELL STREET**

**Baltimore, MD 21224**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

### 3.31

**Nonpriority creditor's name and mailing address**

**FAYETTE WASTE**

**1790 PITTSBURGH STREET**

**Waltersburg, PA 15488**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,156.00

---

### 3.32

**Nonpriority creditor's name and mailing address**

**FRONTIER WASTE SOLUTIONS**

**1530 NORTH HIGHWAY 77**

**Hillsboro, TX 76645**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$802,754.18

---

| Debtor | **Ecube Labs Co.** | Case number *(if known)* | **25-43950-mxm11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,915.58 |
|---|---|---|---|

**FUSION WASTE AND RECYCLING**

**6318 INTERSTATE 45**

**Wilmer, TX 75172**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,518.89 |
|---|---|---|---|

**GFL ENVIRONMENTAL**

**3301 BENSON DRIVE**

**Raleigh, NC 27609**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,032.30 |
|---|---|---|---|

**GREAT WASTE**

**3051 NORTHWEST 129 STREET**

**Opa Locka, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,370.00 |
|---|---|---|---|

**GSS WASTE**

**79 EAST OLD BALTIMORE PIKE**

**Media, PA 19063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | **Ecube Labs Co.** | Case number *(if known)* | **25-43950-mxm11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:   Additional Page**

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**3.37** Nonpriority creditor's name and mailing address

**HKA GLOBAL LLC**

**1735 MARKET STREET #1100**

**Philadelphia, PA 19103**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.38** Nonpriority creditor's name and mailing address

**HOUSTON WASTE SERVICES**

**8919 PRAIRIE DRIVE**

**Houston, TX 77064**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,794.18

---

**3.39** Nonpriority creditor's name and mailing address

**HUGHES TRASH**

**4501 DAVE RILL ROAD**

**Hampstead, MD 21074**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,570.00

---

**3.40** Nonpriority creditor's name and mailing address

**ICE MILLER LLP**

**1500 BROADWAY Suite 2900**

**New York, NY 10036**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

| Debtor | Ecube Labs Co. | Case number *(if known)* | 25-43950-mxm11 |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

**3.41** Nonpriority creditor's name and mailing address

**INDEPENDENT RECYCLING SERVICES**

**2401 SOUTH LAFLIN**

**Chicago, IL 60608**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$546.00

---

**3.42** Nonpriority creditor's name and mailing address

**Ionic LLC**

**7303 Chimney Corners**

**Austin, TX 78731**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Expenses**

Is the claim subject to offset?
☑ No
☐ Yes

$2,015,255.61

---

**3.43** Nonpriority creditor's name and mailing address

**J AND K TRASH**

**2325 WEST SECOND STREET**

**Chester, PA 19013**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$494.40

---

**3.44** Nonpriority creditor's name and mailing address

**JWL RECYCLING SERVICES**

**2000 EAST 122ND STREET**

**Chicago, IL 60629**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,057.97

---

| Debtor | **Ecube Labs Co.** | Case number *(if known)* | **25-43950-mxm11** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

**3.45** Nonpriority creditor's name and mailing address

**KMG HAULING**

**14 BRYANT COURT**

**Sterling, VA 20166**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$268.64

---

**3.46** Nonpriority creditor's name and mailing address

**MAGIC INC**

**2810 NORTH CHURCH STREET, #55531**

**Wilmington, DE 19802**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$24,773.27

---

**3.47** Nonpriority creditor's name and mailing address

**MBG REFUSE**

**7457 SHIPLEY AVENUE**

**Harmans, MD 21077**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$8,145.07

---

**3.48** Nonpriority creditor's name and mailing address

**MIDWEST PAPER RETRIEVER**

**2401 SOUTH LAFLIN STREET**

**Chicago, IL 60608**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

| Debtor | **Ecube Labs Co.** | Case number *(if known)* | **25-43950-mxm11** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

**3.49** Nonpriority creditor's name and mailing address

**MORGANTOWN DISPOSAL**

**1000 COOMBS FARM DRIVE**

**Morgantown, WV 26508**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:      **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.50** Nonpriority creditor's name and mailing address

**MUNSCH HARDT KOPF AND HARR**

**500 NORTH AKARD STREET 4000**

**Dallas, TX 75201**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:      **$498,143.17**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Fees**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.51** Nonpriority creditor's name and mailing address

**NATIONAL WASTE AND DISPOSAL**

**2214 NORTH 170TH EAST AVENUE**

**Tulsa, OK 74116**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:      **$1,296.62**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.52** Nonpriority creditor's name and mailing address

**NOBLE ENVIRONMENTAL**

**111 CONNER LANE**

**Belle Vernon, PA 15012**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:      **$2,416.87**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Ecube Labs Co.** | Case number *(if known)* | **25-43950-mxm11** |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td style="background:black;color:white">**Part 2:**</td><td>**Additional Page**</td></tr>
</table>

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $83.56 |
|---|---|---|---|
| | **ONE WAY**<br><br>**101 MARTIN STREET**<br>**Longmont, CO 80501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred _____ | Basis for the claim: _____ | |
| | Last 4 digits of account number __ __ __ __ | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $168.65 |
|---|---|---|---|
| | **ORLANDO WASTE PAPER**<br><br>**2715 STATEN AVENUE**<br>**Orlando, FL 32804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred _____ | Basis for the claim: _____ | |
| | Last 4 digits of account number __ __ __ __ | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $316.00 |
|---|---|---|---|
| | **PATRIOT SANITATION MANAGEMENT**<br><br>**819-A PURSER DRIVE**<br>**Raleigh, NC 27603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred _____ | Basis for the claim: _____ | |
| | Last 4 digits of account number __ __ __ __ | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | unknown |
|---|---|---|---|
| | **PRIORITY WASTE**<br><br>**45000 RIVER RIDGE DRIVE**<br>**Clinton Township, MI 48038** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred _____ | Basis for the claim: _____ | |
| | Last 4 digits of account number __ __ __ __ | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| Debtor | **Ecube Labs Co.** | Case number *(if known)* | **25-43950-mxm11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.57** Nonpriority creditor's name and mailing address

**RIO GRANDE WASTE SERVICES**

**7120 COPPER QUEEN DRIVE**

**El Paso, TX 79915**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$39,237.59

---

**3.58** Nonpriority creditor's name and mailing address

**SAGE DISPOSAL**

**8646 BLACKWOOD DRIVE**

**Windsor, CO 80550**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.59** Nonpriority creditor's name and mailing address

**SCOTTHULSE PC**

**201 EAST MAIN DRIVE #1100**

**El Paso, TX 79901**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Legal Fees

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,563.20

---

**3.60** Nonpriority creditor's name and mailing address

**TEAM CLEAN AND HAUL**

**1223 SOUTH 3RD STREET**

**Phoenix, AZ 85004**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$478.00

---

| Debtor | Ecube Labs Co. | Case number *(if known)* | 25-43950-mxm11 |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

**3.61** Nonpriority creditor's name and mailing address

TEXAS DISPOSAL SYSTEMS

12200 CARL ROAD

Creedmoor, TX 78610

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$735.62

---

**3.62** Nonpriority creditor's name and mailing address

TEXAS PRIDE DISPOSAL

PO Box 1186

Rosenberg, TX 77471

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$46,277.18

---

**3.63** Nonpriority creditor's name and mailing address

T-MOBILE

2920 SOUTHEAST 38TH STREET

Bellevue, WA 98006

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$750.00

---

**3.64** Nonpriority creditor's name and mailing address

TOTAL WASTE

605 SOUTH CATON AVENUE

Baltimore, MD 21229

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,819.65

---

| Debtor | **Ecube Labs Co.** | Case number *(if known)* | **25-43950-mxm11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.65** | Nonpriority creditor's name and mailing address

**UNIVERSAL WASTE SYSTEMS**

**3612 SOUTH 36TH STREET**

**Phoenix, AZ 85040**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$85,928.36

---

**3.66** | Nonpriority creditor's name and mailing address

**WALKERS TOTAL SOLUTION**

**23994 GAY LAKE ROAD**

**Montgomery, TX 77356**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.67** | Nonpriority creditor's name and mailing address

**WALL RECYCLING**

**2310 GARNER ROAD**

**Raleigh, NC 27610**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,781.40

---

**3.68** | Nonpriority creditor's name and mailing address

**WARE DISPOSAL**

**1035 EAST 4TH STREET**

**Santa Ana, CA 92701**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$14,324.95

---

| Debtor | **Ecube Labs Co.** | Case number *(if known)* | **25-43950-mxm11** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:** **Additional Page**</div>

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,042.08 |
|---|---|---|---|

**WASTE CONNECTIONS OF NORTH CAROLINA, INC.**

**5516 ROZZELLES FERRY ROAD**

**Charlotte, NC 28214**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,815.26 |
|---|---|---|---|

**WB WASTE SOLUTIONS**

**1701 OLIVE STREET**

**Capitol Heights, MD 20743**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Ecube Labs Co. | Case number *(if known)* | 25-43950-mxm11 |
|---|---|---|---|
| | Name | | |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.    Add the amounts of priority and nonpriority unsecured claims.

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. **Total claims from Part 2** | 5b. **+** | **$4,051,682.58** |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | **$4,051,682.58** |

**Fill in this information to identify the case:**

Debtor name **Ecube Labs Co.**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): **25-43950-mxm11**

☑ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☑ *Amended Schedule* **Amended Schedule EF**

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/28/2025**
MM/ DD/ YYYY

X _____
Signature of individual signing on behalf of debtor

**James Noh**
Printed name

**Chief Operating Officer, Chief Financial Officer**
Position or relationship to debtor