# HAULER AGREEMENT

This agreement is by and between Ecube Labs Co ("Ecube Labs") with its primary place of business at 3470 Wilshire Blvd. Suite 535, Los Angeles, CA 90010 and ___FRONTIER ACCESS LLC___ ("Hauler") with its primary place of business at ___PO BOX 1283 Hillsboro TX 76645___.

The undersigned individual signing this agreement on behalf of Hauler represents and warrants that (a) you are authorized to enter this agreement for and on behalf of yourself and your organization, (b) you and your organization can legally enter into these terms and (c) you have read and understood and agreed that you and the organization shall be bound by the terms of this agreement.

**ECUBE LABS**

By: ___Justin Choi___

Title: ___Business Development Manager___

Date: ___4/15/2020___

Signature: ___[signed]___

**FRONTIER WASTE DISPOSAL**

By: ___Tim Henderson___

Title: ___Vice-President___

Date: ___4/14/2020___

Signature: ___[signed]___

Hauler acknowledges and agrees that the decision to provide waste collection service to any client(s) relayed by Ecube Labs ("Client") is made by the Hauler at its sole discretion. The following clauses only apply to Clients to whom Hauler agrees to provide waste collection services.

**1. CLIENT:** Ecube Labs will pay the necessary liquidated damages to terminate the Client's contract with its incumbent waste service provider. As such, the ownership of the Client's waste collection rests solely with Ecube Labs. The waste collection services are to be procured by Ecube Labs on behalf of its Client(s) and to be provided by Hauler on behalf of Ecube Labs.

**2. TERM:** Hauler shall obtain the exclusive right to provide waste collection services to Client(s) for three (3) months from the effective date of service. Thereafter, the decision to extend the agreement will be made by Ecube Labs at its sole discretion provided that Hauler is informed of the decision fourteen (14) days prior to the end of effective date.

**3. DUMPSTER:** Container(s) used for storage of waste ("Dumpster") will be provided to Client by Ecube Labs and will remain the property of Ecube Labs.

**4. PAYMENT:** Unless otherwise agreed by the parties, waste collection service fees shall be paid in arrears to the Hauler by Ecube Labs within forty five (45) days after the receipt of invoice.

**5. INSURANCE:** Hauler shall obtain and maintain, at its own expense, the following minimum insurance coverage and will furnish to Ecube Labs evidence of that insurance. (a) Hauler shall maintain commercial liability insurance that includes premises/operations liability, independent contractor liability and broad form contractual liability. The policy shall include a waiver of subrogation in favor of Ecube Labs and also include Ecube Labs as "Additional Insured". (b) Hauler shall maintain commercial liability insurance to cover all owned, hired and non-owned automobiles and other vehicles used by or on behalf of Hauler and Hauler's employees, contractors and agents. The policy shall include a waiver of subrogation in favor of Ecube Labs and include Ecube Labs as "Additional Insured". Ecube Labs shall obtain and maintain general liability insurance with dumpster coverage.

**6. EQUIPMENT:** (a) *Responsibility.* The equipment furnished by Ecube Labs shall remain property of Ecube Labs. Hauler acknowledges that picking up, transporting and delivering the equipment from a location specified by Ecube Labs to the Client's address is its responsibility and that it has care, custody and control of the equipment while at the Client's location. Hauler agrees, defends and holds harmless Ecube Labs against all claims, damages, suits, penalties, fines & liabilities, for injury or death to persons or loss or damage that may result from Hauler's handling of the equipment. (b) *Access.* Ecube Labs agrees to make sure Hauler is provided with unobstructed access to the equipment on the scheduled collection day. If the equipment is inaccessible so that the regular scheduled pickup cannot be made, Hauler will promptly notify Ecube Labs and afford Client a reasonable opportunity to provide the required access. (c) *Definition.* The word "equipment" shall include, but not limited to, Dumpster(s) and fill-level sensor(s) furnished by Ecube Labs.

7. **DISPUTE RESOLUTION:** If and when a dispute arises between Client and Hauler, the disputing party must request a dispute resolution to Ecube Labs within one day from the completion of a waste collection. Gathering and providing evidence, including but not limited to photos or videos, is the responsibility of the dispute's participating parties. The party with the more concrete evidence will have a better chance of resolving the dispute in one's favor. It is also the responsibility of the disputing party to educate their employees or contractors about the importance of evidence gathering. Once the dispute resolution request is submitted, the parties have one day to reach a resolution between themselves. If no resolution can be reached within the allotted time frame, Ecube Labs will try to make a fair and impartial ruling, which is final, solely based on facts and evidence.

8. **INDEMNIFICATION:** Hauler shall indemnify, defend and hold harmless Ecube Labs and its employees from and against any and all liabilities incurred in connection with any act, omission, breach of this agreement, or any other activity conducted by Hauler, its employees or its affiliates with this agreement.

9. **LIMITATION OF LIABILITY:** Under no circumstances shall Ecube Labs and its employees be liable for any direct, indirect, actual, consequential, special or exemplary damages including, but not limited to, lost profits or loss of goodwill.

10. **MISCELLANEOUS:** (a) Hauler shall not assign this Agreement and shall not assign or subcontract the performance of any of the Waste Collection Services without the prior written consent of Ecube Labs. Consent for the subcontracting of the performance of any of the Waste Collection Services will be given only if such subcontractor meets the requirements set forth under the terms of this Agreement, and Ecube Labs is added as an "additional insured" under such subcontractor's insurance. (b) During the term of this Agreement and for a period of one (1) years thereafter, Hauler shall not solicit customers referred to Hauler by Ecube Labs.