**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 Case |
| | § | |
| ECUBE LABS CO. | § | Case No. 25-43950-11 |
| | § | |
| | § | |
| Debtor. | § | |

**ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN ORDER
(I) AUTHORIZING THE ASSUMPTION OF THE FRONTIER WASTE SOLUTIONS
HAULER AGREEMENT AS AMENDED AND RESTATED, AND (II) ESTABLISHING
THE NEGOTIATED CURE AMOUNT ASSOCIATED WITH THE FRONTIER WASTE
SOLUTIONS HAULER AGREEMENT**

Came on for consideration the *Motion for Entry of an Order (I) Authorizing the Assumption of the Frontier Waste Solutions Hauler Agreement as Amended and Restated, and (II) Establishing the Negotiated Cure Amount Associated with the Frontier Waste Solutions Hauler Agreement* [Dkt. No. X] (the "Motion")[1] filed by Ecube Labs Co. ("Debtor"), as debtor and debtor-in-

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

possession, for entry of an order authorizing the Debtor to assume the Amended and Restated Hauler Agreement, an executory contract between Frontier Texas Ventures I, LLC d/b/a Frontier Waste Solutions and the Debtor, as attached to and incorporated into this Order as **Exhibit A** (the "Amended Hauler Agreement"). The Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and a hearing having been held on December __, 2025, to consider the Motion (the "Hearing"); and upon the record of the Hearing and all of the proceedings had before the Court; and after due deliberation and sufficient cause, it is therefore **ORDERED** that:

1. The Motion is granted.

2. The Debtor's assumption of the Amended Hauler Agreement is approved.

3. The cure amount for the assumption of the Amended Hauler Agreement is $625,000.

4. The Debtor shall promptly pay the cure amounts associated with the Amended Hauler Agreement.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order.

### END OF ORDER ###