**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 Case |
| | § | |
| ECUBE LABS CO. | § | Case No. 25-43950-11 |
| | § | |
| | § | |
| Debtor. | § | |

**ORDER GRANTING DEBTOR'S CASH MANAGEMENT MOTION FOR ENTRY
OF AN ORDER (1) AUTHORIZING THE DEBTOR TO MAINTAIN ITS
EXISTING REIMBURSEMENT SYSTEM IN THE ORDINARY COURSE
OF BUSINESS; AND (2) FOR RELATED RELIEF**

Came on for consideration the *Debtor's Cash Management Motion for Entry of an Order (1) Authorizing the Debtor to Maintain Its Existing Reimbursement System in the Ordinary Course of Business, and (2) For Related Relief* [Dkt. No. X] (the "Motion")[1] filed by Ecube Labs Co. ("Debtor"), as debtor and debtor-in-possession.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

The Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having reviewed the Motion; and after due deliberation and sufficient cause, it is therefore **ORDERED** that:

1. The Motion is **GRANTED**.

2. Pursuant to Section 364(a) of the Bankruptcy Code, the Debtor is authorized to maintain and continue with the Reimbursement System in the ordinary course of its business during the pendency of this chapter 11 case.

3. The Debtor is authorized to reimburse its officers for charges made on such officers' personal credit cards (a) in payment of the Debtor's ordinary course business AP pursuant to the Reimbursement System, or (b) for payments which this Court authorizes the Debtor to pay.

4. The authorizations given to the Debtor in this Order empower but do not direct the Debtor to effectuate the reimbursements to the officers. The Debtor retains the business judgment to make or not make said reimbursements, and in all instances subject to the condition that funds are available to make any payment.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order.

### END OF ORDER ###