# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ECUBE LABS CO., | ) | Case No. 25-43950 |
| | ) | |
| Debtor. | ) | Judge Mark X. Mullin |
| | ) | |

## WITNESS AND EXHIBIT LIST OF THE WASTE CONNECTIONS PARTIES IN CONNECTION WITH HEARINGS SET FOR DECEMBER 22, 2025

El Paso Disposal, LP, Waste Connections of Texas, LLC, Waste Connections Lone Star, Inc., and Waste Connections US, Inc. (collectively, the "Waste Connections Parties") present this Witness and Exhibit List in connection with the hearings scheduled for **December 22, 2025, at 9:30 a.m.** on—

- *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Secured Post-Petition Financing, (II) Scheduling a Final Haring [sic], and (III) Granting Related Relief* (the "DIP Motion") (Docket No. 48);

    o the Waste Connections Parties' objection to the DIP Motion (Docket No. 91);

- the Waste Connections Parties' *Motion for Relief from the Automatic Stay to Allow Enforcement of Preliminary Injunction Prohibiting the Debtor's Illegal Business Activity and Granting Related Relief* (the "Motion for Relief") (Docket No. 54);

    o the Debtor's objection to the Motion for Relief (Docket No. 83);

    o the Waste Connections Parties' reply in support of the Motion for Relief (Docket No. 93);

- *Debtor's Motion to Extend and Enforce the Automatic Stay to its Non-Debtor Parent Ecube Labs Co, Ltd.* (the "Motion to Extend") (Docket No. 85); and

    o the Waste Connections Parties' objection to the Motion to Extend (the "Objection to Motion to Extend") filed contemporaneously herewith.

106432.000063\4908-4385-3186.1

## WITNESSES

1. Colin Wittke, Vice President of Sales and Customer Engagement for Waste Connections US, Inc.

2. James Noh, the Debtor's Chief Operating Officer and Chief Financial Officer.

3. Any witness designated or called by any other party.

4. Rebuttal and impeachment witnesses.

## EXHIBITS

| TAB | EXHIBIT | OFFERED | ADMITTED | REFUSED |
|---|---|---|---|---|
| 1. | Debtor's 13-Week Budget | | | |
| 2. | Declaration of Colin Wittke in support of the Motion for Relief (Docket No. 88) | | | |
| 3. | Declaration of Daniel J. Buzzetta in support of the Motion for Relief (Docket No. 89) | | | |
| 4. | Declaration of Daniel J. Buzzetta in support of the Objection to Motion to Extend filed contemporaneously herewith | | | |
| 5. | The Debtor's Designated Exhibits | | | |
| 6. | Any rebuttal and impeachment exhibits and other exhibit introduced by any other party | | | |

The Waste Connection Parties reserve the right to amend or supplement this Witness and Exhibit List and to use any exhibit designated or offered by any other party.

[*remainder of page intentionally left blank*]

106432.000063\4908-4385-3186.1

| | |
|---|---|
| Dated: December 18, 2025 | Respectfully submitted,<br><br>**BAKER & HOSTETLER LLP**<br><br>By: */s/ Alexis C. Beachdell*<br>Joshua J. Bennett<br>Texas Bar No. 24059444<br>jjbennett@bakerlaw.com<br>2850 North Harwood Street, Suite 100<br>Dallas, Texas 75201<br>Tel: 214.210.1200<br>Fax. 214.210.1201<br><br>Daniel J. Buzzetta (*admitted pro hac vice*)<br>New York Bar No. 2680528<br>dbuzzetta@bakerlaw.com<br>Jorian L. Rose (*pro hac vice forthcoming*)<br>New York Bar No. 2901783<br>jrose@bakerlaw.com<br>45 Rockefeller Plaza, 14th Floor<br>New York, New York 10111<br>Tel: 212.589.4200<br><br>Alexis C. Beachdell (admitted *pro hac vice*)<br>Ohio Bar No. 0083642<br>abeachdell@bakerlaw.com<br>Scott E. Prince (admitted *pro hac vice*)<br>Ohio Bar No. 0096004<br>sprince@bakerlaw.com<br>127 Public Square, Suite 2000<br>Cleveland, Ohio 44114<br>Tel: 216.621.0200<br><br>*Attorneys for El Paso Disposal, LP;*<br>*Waste Connections of Texas, LLC;*<br>*Waste Connections Lone Star, Inc.;*<br>*and Waste Connections US, Inc.* |

106432.000063\4908-4385-3186.1

**CERTIFICATE OF SERVICE**

      I hereby certify that, on December 18, 2025, a true and accurate copy of the foregoing was served electronically via the Court's CM/ECF notification system on all parties registered to receive such service.

                                                  */s/ Alexis C. Beachdell*
                                                  Alexis C. Beachdell (*admitted pro hac vice*)
                                                  *Counsel for El Paso Disposal, LP; Waste Connections of Texas, LLC; Waste Connections Lone Star, Inc.; and Waste Connections US, Inc.*

106432.000063\4908-4385-3186.1