Michael D. Warner, Esq. (TX Bar No. 00792304)
PACHULSKI STANG ZIEHL & JONES LLP
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
Email:   mwarner@pszjlaw.com

*Counsel to El Paso Disposal, LP, Waste Connections of Texas, LLC, Waste Connections Lone Star, Inc., and Waste Connections US, Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| ECUBE LABS CO., | Case No. 25-43950 (MXM) |
| Debtor. | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES OF
### EL PASO DISPOSAL, LP, WASTE CONNECTIONS OF TEXAS, LLC,
### WASTE CONNECTIONS LONE STAR, INC., AND WASTE CONNECTIONS US, INC.

**PLEASE TAKE NOTICE THAT** El Paso Disposal, LP, Waste Connections of Texas, LLC, Waste Connections Lone Star, Inc., and Waste Connections US, Inc. (collectively, "**Waste Connections**"), parties in interest in the above captioned chapter 11 cases, hereby appear by and through Pachulski Stang Ziehl & Jones LLP ("**Counsel**"), as co-counsel with Baker Hostetler, who has previously appeared on behalf of Waste Connections. Counsel hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and requests that the undersigned be added to the official mailing matrix and service lists in these chapter 11 cases. Counsel requests, pursuant to Bankruptcy

4921-9694-5795.2 KLL.001

Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including, but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon Waste Connections through service upon Counsel at the address, telephone number, and facsimile number set forth below[1]:

Michael D. Warner, Esq.<br>
PACHULSKI STANG ZIEHL & JONES LLP<br>
700 Louisiana Street, Suite 4500<br>
Houston, TX 77002<br>
Telephone: (713) 691-9385<br>
Facsimile: (713) 691-9407<br>
Email: mwarner@pszjlaw.com

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes all of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, cash-flow reports, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to these chapter 11 cases and any proceeding therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, or otherwise filed or given

---

[1] In accordance with Local Bankruptcy Rule 2090-4(a), PSZJ discloses it maintains an office in this District at 735 Plaza Blvd., Suite 200, Coppell, TX 75019, but requests that parties utilize the below address for notice purposes.

with regard to the above-referenced chapter 11 cases and the proceedings therein, all of which shall be sent to Counsel, as listed above.

**PLEASE TAKE FURTHER NOTICE THAT** neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Waste Connections to (a) have final orders in non-core matters entered only after *de novo* review by a District Court judge, (b) trial by jury in a proceeding so triable in these chapter 11 cases or any case, controversy, or proceeding related to these chapter 11 cases, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (d) object to the jurisdiction of the Bankruptcy Court for any purpose, (e) any election of remedy, or (f) any rights, claims, actions and/or defenses, in law, in equity, or otherwise, all of which such rights, claims, actions and/or defenses, are expressly reserved.

Dated: December 19, 2025

Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES LLP**

/s/ Michael D. Warner
Michael D. Warner, Esq. (TX Bar No. 00792304)
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
Email: mwarner@pszjlaw.com

*Counsel to El Paso Disposal, LP, Waste Connections of Texas, LLC, Waste Connections Lone Star, Inc., and Waste Connections US, Inc.*

**CERTIFICATE OF SERVICE**

      I certify that on December 19, 2025, a copy of the foregoing *Notice of Appearance and Request for Notices* was caused to be served by this court's CM/ECF to all parties that are registered to receive such notice in the above cases.

      */s/ Michael D. Warner*
      Michael D. Warner