**EXHIBIT B**

```
 1                  UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF TEXAS
 2                          DALLAS DIVISION

 3   IN RE:                       )  CASE NO: 25-43950
                                  )  (Jointly Administered)
 4   ECUBE LABS CO.               )  Chapter 11
                                  )
 5                                )  Courtroom 128
                                  )  U.S. Courthouse
 6        Debtors.                )  501 W. Tenth Street
                                  )  Fort Worth, TX 76102
 7                                )
                                  )  December 8, 2025
 8                                )  3:02 p.m.

 9
                    *  *  *  *  *  *  *  *  *  *
10
                       341 MEETING OF CREDITORS
11
                    *  *  *  *  *  *  *  *  *  *
12
                 BEFORE THE HONORABLE SUSAN HERSH
13                       UNITED STATES TRUSTEE

14

15

16

17

18   ECRO:              Unknown

19   Transcribed by:    Veritext Legal Solutions
                        330 Old Country Road, Suite 300
20                      Mineola, NY 11501
                        Tel: 800-727-6396
21

22

23     Proceedings recorded by electronic sound recording;
            Transcript produced by transcription service.
24

25
```

```
 1    APPEARANCES:

 2    For the Debtors:       JAMES NOH

 3    For Creditors:         ALEXIS BEACHDELL
                             BakerHostetler
 4                           2850 North Harwood Street
                             Suite 1100
 5                           Dallas, TX 75201

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S
 2              MS. HERSH:  Good afternoon.  This is Susan Hersh.
 3   I'm a trial attorney with the Office of the United States
 4   Trustee, and I will be conducting this meeting today.
 5              It is December 8th, 2025, at 3:02 p.m.  We are
 6   here for the continued 341 meeting of Ecube Labs LLC, Case
 7   No. 25-43950-mxm11.  This is continued from the initial
 8   meeting that was conducted on November 17, 2025, at 3
 9   o'clock.
10              At the prior witness -- that the prior hearing,
11   and I believe now Mr. James Noh, will you be testifying
12   again for the Debtor?
13              MR. NOH:  Yes.
14              MS. HERSH:  And Mr. Noh, do you recall from last
15   time that you were sworn in and you testified under penalty
16   of perjury and that you are still under oath, or do you need
17   to be re-sworn in?
18              MR. NOH:  No, I understand.
19              MS. HERSH:  Okay, perfect.  When we left off last
20   time we were together, there were a few outstanding issues.
21   I will -- I can't do it from memory, but I will note that
22   there's been amendments to the schedules of assets and
23   liabilities.  Is that correct?
24              MR. NOH:  Yes.
25              MS. HERSH:  Okay.  And I believe -- give me one
```

1   second -- okay.  And I believe we have a, an amended

2   Schedule E-F that was filed at Docket Number 81.  Mr. Noh,

3   do you know which document I'm referring to?

4           MR. NOH:  Yes, I do.

5           MS. HERSH:  Okay.  Are you familiar with this

6   document?

7           MR. NOH:  Yes.

8           MS. HERSH:  Okay.  And did you sign the amended

9   Schedule E-F at Docket 81?

10          MR. NOH:  Yes.

11          MS. HERSH:  Okay.  And did you have a chance to

12  review that document before signing it under penalty of

13  perjury?

14          MR. NOH:  Yes.

15          MS. HERSH:  Okay.  And can you tell me what the

16  amendment was that was made on E-F?  What is different on

17  Docket 81 than on the original schedules?

18          MR. NOH:  We updated the full name for Waste

19  Connections North Carolina.  And we added indemnification

20  claim for Ecube Labs Co. Ltd.

21          MS. HERSH:  Sorry.  Added the indemnity claim for

22  whom?  Say it slowly for me?

23          MR. NOH:  Ecube Labs Co. Ltd.

24          MS. HERSH:  Okay.  All right.  And that

25  indemnification is on -- okay, just the indemnification

```
 1   claim.  Is that correct?  Okay.
 2           MR. NOH:  Correct.
 3           MS. HERSH:  Okay.  Are there any other changes
 4   that need to be made to Docket Number 81 to make it true,
 5   accurate, and correct?
 6           MR. NOH:  No.
 7           MS. HERSH:  So, do you affirm that Docket 81 is
 8   true, correct, and -- true and correct?
 9           MR. NOH:  Yes, I do.
10           MS. HERSH:  Okay.  Okay.  And I believe we also
11   have an amendment to the statement of financial affairs.  I
12   believe it's at Docket Number 76, filed on 11/24/25.  Do you
13   know which document I'm referring to?
14           MR. NOH:  Yes.
15           MS. HERSH:  Okay.  And did you sign this document?
16           MR. NOH:  Yes, I did.
17           MS. HERSH:  Okay.  Did you have a chance to review
18   the amended statement of financial affairs at Docket 76
19   before signing them under penalty of perjury?
20           MR. NOH:  Yes, I did.
21           MS. HERSH:  Okay.  And what are the changes that
22   were made on Docket 76 from the original statement of
23   financial affairs?
24           MR. NOH:  The original referred to an Addendum 1,
25   which was missing, so that was added.
```

```
 1            MS. HERSH:  Okay.  Were there any other changes
 2   that were made?
 3            MR. NOH:  No.
 4            MS. HERSH:  Okay.  And are you aware of any
 5   changes that need to be made to Document 76?
 6            MR. NOH:  No.
 7            MS. HERSH:  Okay.  So, do you affirm that the
 8   Document 76 amended statement of financial affairs is true,
 9   accurate, and correct?
10            MR. NOH:  Yes.
11            MS. HERSH:  Okay.  Give me a second.  I have so
12   many screens open that -- bear with me one more minute.
13   Okay.  Okay.  I have a couple of questions that I wanted to
14   ask in connection with the reimbursements.  And my
15   understanding is you have filed a motion seeking to be able
16   to continue using your, you, Mr. Noh's, personal credit
17   cards to pay the Debtor's expenses and being reimbursed.  Is
18   that correct?
19            MR. NOH:  Yes, that's correct.
20            MS. HERSH:  Okay.  And can you tell me, which
21   expenses are being reimbursed?  Is it only -- let me do it
22   this way:  Are all the creditors that you seek to pay
23   through your personal credit cards, require online payments
24   of some sort, some sort of electric payments?
25            MR. NOH:  No, not every single one, no.
```

```
 1            MS. HERSH:  Okay.  And are you, are you asking to

 2   pay via credit card, even those vendors who do not require

 3   some kind of online payment?

 4            MR. NOH:  Yes.

 5            MS. HERSH:  Why is that?

 6            MR. NOH:  Because that's how we've always done it

 7   and the reason we've always done it that way is we like to

 8   keep the method of payment uniform for convenience when it

 9   comes to recordkeeping, accounting.

10            MS. HERSH:  But isn't it twice as much

11   recordkeeping to have the payments made on your personal

12   credit card and then reimbursed, as opposed to just writing

13   a check or a wire from the Debtor?

14            MR. NOH:  No.  It's, there's actually a longer

15   time delay when it comes to like writing checks or ACH

16   checks can take several days.  They could get lost in the

17   mail.  I have to follow upon each check to see if it was

18   actually received properly or cashed, if it was cashed

19   promptly at all.  There's a lot of different follow-ups.

20   With a credit card payment once it's paid, that instant it's

21   paid, I know it's been paid.  I have an authorization

22   number, it's confirmed.

23            MS. HERSH:  Okay.  About how many, about how many

24   transfers do you say are made in a week, in payment of these

25   vendors?
```

 1          MR. NOH:  I don't know off the top of my head, but

 2   a few.  It's between like 20 or 30, I'd say.

 3          MS. HERSH:  Okay.  And does that 20 and 30 include

 4   payroll?

 5          MR. NOH:  Payroll, no.  Payroll is not done

 6   through my credit card.

 7          MS. HERSH:  Okay.  How is payroll done?

 8          MR. NOH:  Payroll is processed by ADP.

 9          MS. HERSH:  Okay.  And the credit cards that

10   you're using -- let me try that different.  Other than you,

11   Mr. Noh, are there any other insiders whose credit cards are

12   being used, post-petition?

13          MR. NOH:  Just Mr. Jae Han.

14          MS. HERSH:  Mr. Jae Han's credit cards and your

15   credit cards?

16          MR. NOH:  Yes.

17          MS. HERSH:  Okay.  And how do you decide which

18   ones are which, which one to pay -- how do you decide which

19   expenses are paid on whose credit card?

20          MR. NOH:  The majority are on mine.  The only

21   reason I would use Mr. Han's is if there is an unusually

22   high number of payments that I need to make that day or that

23   week, and we've run a limit on my cards.

24          MS. HERSH:  And how many different cards of yours

25   are you using?

1        MR. NOH: Seven. There are seven main ones, but
2  it could be -- I have the option to use up to about ten.
3        MS. HERSH: Do you put any of your personal
4  expenses on any of those cards?
5        MR. NOH: Yes, I do.
6        MS. HERSH: And who at the Debtor approves the
7  reimbursement payments to you?
8        MR. NOH: I do.
9        MS. HERSH: Okay. Ms. Beachdell, or Mr. Prince,
10  do either of you have any questions you want to ask the
11  Debtor?
12        MS. BEACHDELL: We do not. Thank you.
13        MS. HERSH: Okay. I will note for the record that
14  there were a number of filings that the Debtor made, some of
15  which were as a result of the conversations we had at the
16  first 341 meeting. And it looks like those got done. And
17  that was, in part, why I wanted to continue the meeting.
18  So, I'm going to go ahead and conclude the meeting now, if
19  nobody has any other questions. So, thank you very much.
20  I'm going to stop the recorder. Thank you guys.
21     (Proceedings adjourned.)
22
23
24
25

```
 1                    CERTIFICATION

 2

 3    I certify that the foregoing is a correct transcript from

 4    the electronic sound recording of the proceedings in the

 5    above-entitled matter.

 6

 7    [signature: Sonya M. Ledanski Hyde]

 8

 9

10    Sonya Ledanski Hyde

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  December 15, 2025
```