**BUDGET**

|  | Dec 22 - 28 | Dec 29 - Jan 4 | Jan 5 - 11 | Jan 12 - 18 | Jan 19 - 25 | Jan 26 - Feb 1 | Feb 2 - 8 | Feb 9 - 15 | Feb 16 - 22 | Feb 23 - Mar 1 | Mar 2 - 8 | Mar 9 - 15 | Mar 16 - 22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STARTING CASH | $200,000 | $119,895 | $359,805 | $381,895 | $334,180 | $229,075 | $202,085 | $164,775 | $189,315 | $86,260 | $13,065 | $51,755 | $76,940 |
| INFLOW | | | | | | | | | | | | | |
| Haulla Revenue (Stripe) | $30,000 | $0 | $440,000 | $150,000 | $30,000 | $30,000 | $450,000 | $150,000 | $30,000 | $30,000 | $455,000 | $150,000 | $220,714 |
| Haulla Revenue (Checks) | $26,500 | $26,750 | $27,000 | $27,250 | $27,500 | $27,750 | $28,000 | $28,250 | $28,500 | $28,750 | $29,000 | $29,250 | $29,500 |
| DIP Loan | | $1,000,000 | | | | | | | | | | | |
| TOTAL INFLOW | $56,500 | $1,026,750 | $467,000 | $177,250 | $57,500 | $57,750 | $478,000 | $178,250 | $58,500 | $58,750 | $484,000 | $179,250 | $250,214 |
| OUTFLOW | | | | | | | | | | | | | |
| Past-due Haulla COGS | | $625,000 | | | | | | | | | | | |
| Haulla COGS | $0 | $100,000 | $415,000 | $100,000 | $100,000 | $0 | $420,000 | $100,000 | $100,000 | $0 | $425,000 | $100,000 | $100,000 |
| Liquidated Damages | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 |
| Auto Expense | $490 | $490 | $490 | $490 | $490 | $490 | $490 | $490 | $490 | $490 | $490 | $490 | $490 |
| Administrative | $780 | $780 | $780 | $780 | $780 | $780 | $780 | $780 | $780 | $780 | $780 | $780 | $780 |
| Bank Service Charges | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 |
| Filing Fee | $0 | $200 | $0 | $0 | $0 | $0 | $0 | $200 | $0 | $0 | $0 | $400 | $0 |
| Insurance | $0 | $800 | $5,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Outside Service | $3,000 | $0 | $3,000 | $0 | $3,000 | $0 | $3,000 | $0 | $3,000 | $0 | $3,000 | $0 | $3,000 |
| Employee Salaries | $0 | $30,000 | $0 | $28,000 | $0 | $28,000 | $0 | $28,000 | $0 | $28,000 | $0 | $28,000 | $0 |
| Benefits | $0 | $0 | $3,700 | $0 | $0 | $0 | $0 | $3,700 | $0 | $0 | $0 | $3,700 | $0 |
| Postage & Delivery | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 |
| Printing & Reproduction | $80 | $80 | $80 | $80 | $80 | $80 | $80 | $80 | $80 | $80 | $80 | $80 | $80 |
| Accounting Fees | $0 | $10,000 | $0 | $0 | $0 | $5,000 | $0 | $0 | $0 | $5,000 | $0 | $0 | $0 |
| Legal Fees | $75,000 | $0 | $0 | $75,000 | $0 | $0 | $75,000 | $0 | $0 | $75,000 | $0 | $0 | $75,000 |
| Rents | $0 | $0 | $0 | $4,500 | $0 | $0 | $0 | $4,500 | $0 | $0 | $0 | $4,500 | $0 |
| Repairs & Maintenance | $2,000 | $0 | $0 | $0 | $2,000 | $0 | $0 | $0 | $0 | $2,000 | $0 | $0 | $0 |
| Supplies | $160 | $160 | $160 | $160 | $160 | $160 | $160 | $160 | $160 | $160 | $160 | $160 | $160 |
| Taxes & Licenses | $39,000 | $0 | $0 | $0 | $40,000 | $0 | $0 | $0 | $41,000 | $0 | $0 | $0 | $42,000 |
| Telephone & Internet | $205 | $750 | $0 | $155 | $205 | $750 | $0 | $0 | $155 | $955 | $0 | $155 | $169 |
| Tools & Parts | $0 | $280 | $0 | $0 | $0 | $280 | $0 | $0 | $0 | $280 | $0 | $0 | $0 |
| Travel | $0 | $1,500 | $0 | $0 | $0 | $1,500 | $0 | $0 | $0 | $1,500 | $0 | $0 | $0 |
| Utilities | $90 | $0 | $900 | $0 | $90 | $900 | $0 | $0 | $90 | $900 | $0 | $0 | $0 |
| Warranty Expense | $0 | $1,000 | $0 | $0 | $0 | $1,000 | $0 | $0 | $0 | $1,000 | $0 | $0 | $0 |
| UST Quarterly Fees | $0 | $0 | $0 | $0 | $0 | $30,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| TOTAL OUTFLOW | $136,605 | $786,840 | $444,910 | $224,965 | $162,605 | $84,740 | $515,310 | $153,710 | $161,555 | $131,945 | $445,310 | $154,065 | $237,479 |
| ENDING CASH | $119,895 | $359,805 | $381,895 | $334,180 | $229,075 | $202,085 | $164,775 | $189,315 | $86,260 | $13,065 | $51,755 | $76,940 | $89,675 |