Emily S. Chou
State Bar No. 24006997
J. Blake Glatstein
State Bar No. 24123295
Mary Taylor Stanberry
State Bar No. 24143781
**VARTABEDIAN HESTER & HAYNES LLP**
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102
Tel: 817-214-4990
Email: emily.chou@vhh.law
         blake.glatstein@vhh.law
         mary.stanberry@vhh.law

ATTORNEYS FOR DEBTOR
AND DEBTOR-IN-POSSESSION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 Case |
| | § | |
| ECUBE LABS CO., | § | Case No. 25-43950 |
| | § | |
| | § | |
| | § | |
| Debtor. | § | |

## DEBTOR'S WITNESS AND EXHIBIT LIST IN CONNECTION WITH
## HEARING SET FOR FEBRUARY 19, 2026

Ecube Labs Co. (the "Debtor") presents this Witness and Exhibit List in connection with the hearings scheduled for **February 19, 2026, at 1:00 p.m.** on the following:

1. *Debtor's Motion to Extend and Enforce the Automatic Stay to Its Non-Debtor Parent Ecube Labs Co., Ltd.* [Dkt. No. 85]; and

2. *Motion of El Paso Disposal, LP, Waste Connections of Texas, LLC, Waste Connections Lone Star, Inc., and Waste Connections US, Inc. for Relief from the Automatic Stay to Allow Enforcement of Preliminary Injunction Prohibiting the Debtor's Illegal Business Activity and Granting Other Related Relief* [Dkt. No. 54].

## WITNESSES

1. James Noh,

2. Any witness designated or called by any other party

3. Rebuttal and impeachment witnesses

## EXHIBITS

| Tab | EXHIBIT | OFFERED | ADMITTED | REFUSED |
|---|---|---|---|---|
| 1. | [ECF No. 85-1]<br><br>Declaration of James Noh in Support of Debtor's Motion to Extend and Enforce the Automatic Stay to Its Non-Debtor Parent Ecube Labs Co. Ltd. | | | |
| 2. | [ECF No. 85-2]<br><br>Exclusive Distribution Agreement (Noh Decl. Ex. 1-A) | | | |
| 3. | [ECF No. 83-2, 85-3]<br><br>El Paso Litigation1 ECF No. 1<br><br>Complaint (Noh Decl. Ex. 1-B) | | | |
| 4. | [ECF No. 83-3, 85-4]<br><br>El Paso Litigation ECF No. 87<br><br>Ecube's Original Answer, Affirmative Defenses, and Counterclaims to First Amended Complaint (Noh Decl. Ex. 1-C) | | | |
| 5. | [ECF No. 83-4, 85-5]<br><br>El Paso Litigation ECF No. 181<br><br>Ecube's Original Answer, Affirmative Defenses, and Counterclaims to Second Amended Complaint (Noh Decl. Ex. 1-D) | | | |
| 6. | [ECF No. 83-8, 85-6]<br><br>El Paso Litigation ECF No. 58<br><br>Order on Ecube's Motion to Dismiss (Noh Decl. Ex. 1-E) | | | |
| 7. | [ECF No. 83-9, 85-7]<br><br>El Paso Litigation ECF No. 68 | | | |

| Tab | EXHIBIT | OFFERED | ADMITTED | REFUSED |
|---|---|---|---|---|
| | First Amended Complaint (Noh Decl. Ex. 1-F) | | | |
| 8. | [ECF No. 83-10, 85-8]<br><br>El Paso Litigation ECF No. 133<br><br>Order on Ecube's Partial Motion to Dismiss (Noh Decl. Ex. 1-G) | | | |
| 9. | [ECF No. 83-12, 85-9]<br><br>El Paso Litigation ECF No. 167<br><br>Second Amended Complaint (Noh Decl. Ex. 1-H) | | | |
| 10. | [ECF No. 83-13, 85-10]<br><br>El Paso Litigation ECF No. 194<br><br>Order on Suggestion of Bankruptcy – pursuit of Ecube Korea (Noh Decl. Ex. 1-I) | | | |
| 11. | [ECF No. 83-16, 85-11]<br><br>El Paso Litigation ECF No. 48<br><br>First Amended Scheduling Order (Noh Decl. Ex. 1-J) | | | |
| 12. | [ECF No. 83-17, 85-12]<br><br>El Paso Litigation ECF No. 199<br><br>Ecube's Korea's Agreed Motion for Extension of Time to Respond to Plaintiff's Second Amended Complaint (Noh Decl. Ex. 1-K) | | | |
| 13. | [ECF No. 83-18, 85-13]<br><br>El Paso Litigation Docket Entry<br><br>Text Docket Entry Order Granting Extension of Time (Noh Decl. Ex. 1-L) | | | |
| 14. | Supplemental Declaration of James Noh in Support of Debtor's (I) Motion to Extend and Enforce the Automatic Stay to Its Non-Debtor Parent Ecube Labs Co. Ltd. [ECF No. 85], (II) Response to Waste Connections' Motion for Relief from the Automatic Stay [ECF No. 54], and (III) Motion for a Final Order Authorizing the | | | |

| Tab | EXHIBIT | OFFERED | ADMITTED | REFUSED |
|---|---|---|---|---|
|  | Debtor to Obtain Secured Postpetition Financing [ECF No. 48] |  |  |  |
| 15. | Declaration of J. Blake Glatstein in Support of (I) Motion to Extend and Enforce the Automatic Stay to Its Non-Debtor Parent Ecube Labs Co. Ltd., (II) Response to Waste Connections' Motion for Relief from the Automatic Stay, and (III) Motion for a Final Order Authorizing the Debtor to Obtain Secured Postpetition Financing |  |  |  |
| 16. | Transcript of Ruling in *In re Matrix Warranty Solutions, Inc.*, 23-42132-elm and *In re Matrix Financial Services, LLC*, 23-42133-mxm |  |  |  |
| 17. | [ECF No. 83-1]<br><br>Transcript of Ruling in *In re Kerwin Stephens*, 21-408917-elm |  |  |  |
| 18. | [ECF No. 83-5]<br><br>El Paso Litigation ECF No. 51<br><br>Memorandum Opinion and Order on Plaintiff's Motion to Compel |  |  |  |
| 19. | [ECF No. 83-6]<br><br>El Paso Litigation ECF No. 136<br><br>Memorandum Order on Motion to Compel |  |  |  |
| 20. | [ECF No. 83-7]<br><br>El Paso Litigation ECF No. 139<br><br>Memorandum Order Denying Motion to Compel Compliance with Subpoena |  |  |  |
| 21. | [ECF No. 83-11]<br><br>Email dated 8/13/25 from D. Buzzetta to D. Main, A. Samuels, et al. |  |  |  |
| 22. | [ECF No. 83-14]<br><br>El Paso Litigation ECF No. 192<br><br>Order on Suggestion of Bankruptcy – case stayed against Debtor |  |  |  |

4

| Tab | EXHIBIT | OFFERED | ADMITTED | REFUSED |
|---|---|---|---|---|
| 23. | [ECF No. 83-15]<br><br>El Paso Litigation ECF No. 98<br><br>Waste Connections' Motion to Dismiss Defendant's Counterclaims | | | |
| 24. | El Paso Litigation ECF No. 154<br><br>Plaintiffs' Exhibit List for Hearing on Motion for Preliminary Injunction | | | |
| 25. | El Paso Litigation ECF No. 35<br><br>Order on Joint Motions for Electronic Discovery Protocol and Confidentiality and Protective Order | | | |
| 26. | Email exchange dated August 5 to August 12, 2024, between A. Trujillo, C. Minnes Carter, et al. | | | |
| 27. | Email exchange dated September 3 to September 9, 2024, between D. Buzzetta, W. Huff, et al. | | | |
| 28. | Emails from Ecube Labs Co.'s counsel to Waste Connections' counsel regarding discovery production volumes | | | |
| 29. | Waste Connections' First Request for Production of Documents to Debtor Ecube Labs Co. in Connection with Debtor's Motion to Extend Stay and DIP Financing Motion | | | |
| 30. | Debtor's Responses and Objections to Waste Connections' First Request for Production of Documents to Debtor Ecube Labs Co. in Connection with Debtor's Motion to Extend Stay and DIP Financing Motion | | | |
| 31. | Debtor's Production Volume 1 | | | |
| 32. | El Paso Litigation ECF No. 210<br><br>Order | | | |
| 33. | El Paso Litigation ECF No. 211<br><br>Joint Notice of Agreement to Stay | | | |

| Tab | EXHIBIT | OFFERED | ADMITTED | REFUSED |
|---|---|---|---|---|
| 34. | Rebuttal exhibits | | | |
| 35. | Impeachment exhibits | | | |
| 36. | Any exhibit designated or offered by any other party | | | |

Debtor reserves the right to amend or supplement this Witness & Exhibit List and to use any exhibit designated or offered by any other party.

Dated: February 13, 2026.                    Respectfully submitted,

>                    */s/ J. Blake Glatstein*
>                    Emily S. Chou
>                    State Bar No. 24006997
>                    J. Blake Glatstein
>                    State Bar No. 24123295
>                    Mary Taylor Stanberry
>                    State Bar No. 24143781
>                    **VARTABEDIAN HESTER & HAYNES LLP**
>                    301 Commerce Street, Suite 2200
>                    Fort Worth, Texas 76102
>                    Tel: 817-214-4990
>                    Email: emily.chou@vhh.law
>                                blake.glatstein@vhh.law
>                                mary.stanberry@vhh.law

## CERTIFICATE OF SERVICE

I certify that on February 13, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system on all parties entitled to receive ECF notice.

>                    */s/J. Blake Glatstein*
>                    J. Blake Glatstein