## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ECUBE LABS CO., | ) | Case No. 25-43950 |
| | ) | |
| Debtor. | ) | Judge Mark X. Mullin |
| | ) | |

### WITNESS AND EXHIBIT LIST OF THE WASTE CONNECTIONS PARTIES IN CONNECTION WITH HEARINGS SET FOR FEBRUARY 18, 2026

El Paso Disposal, LP, Waste Connections of Texas, LLC, Waste Connections Lone Star, Inc., and Waste Connections US, Inc. (collectively, the "Waste Connections Parties") present this Witness and Exhibit List in connection with the hearings scheduled for **February 18, 2026, at 9:00 a.m.** on—

- *Emergency Motion of the Waste Connections Parties Requesting Adjournment of the February 19, 2026 Hearing* (Docket No. 156); and

- *Emergency Motion of Waste Connections Parties for Entry of an Order Compelling Ecube Labs Co., Ltd. to Respond to the Waste Connections Parties' Discovery Requests* (Docket No. 157).

### WITNESSES

1. Any witness designated or called by any other party.

2. Rebuttal and impeachment witnesses.

### EXHIBITS

| TAB | EXHIBIT | OFFERED | ADMITTED | REFUSED |
|---|---|---|---|---|
| 1. | Waste Connections Parties' First Request for Production of Documents (to Foreign Parent) | | | |
| 2. | Waste Connections Parties' Second Request for Production of Documents (to Foreign Parent) | | | |

| | | | | |
|---|---|---|---|---|
| 3. | January 9, 2026 email from the Foreign Parent's counsel | | | |
| 4. | Letter to the Foreign Parent, dated February 3, 2026, regarding its deficient discovery response | | | |
| 5. | Any Designated Exhibits of any other party | | | |
| 6. | Any rebuttal and impeachment exhibits and other exhibits introduced by any other party | | | |

The Waste Connection Parties reserve the right to amend or supplement this Witness and Exhibit List and to use any exhibit designated or offered by any other party.

[*signature page follows*]

106432.000063\4922-7617-3200.1

Dated: February 17, 2026

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: */s/ Alexis C. Beachdell*
Daniel J. Buzzetta (*admitted pro hac vice*)
New York Bar No. 2680528
dbuzzetta@bakerlaw.com
Jorian L. Rose (*pro hac vice forthcoming*)
New York Bar No. 2901783 jrose@bakerlaw.com
45 Rockefeller Plaza, 14th Floor
New York, New York 10111
Tel: 212.589.4200

Alexis C. Beachdell (admitted *pro hac vice*)
Ohio Bar No. 0083642 abeachdell@bakerlaw.com
Scott E. Prince (admitted *pro hac vice*)
Ohio Bar No. 0096004
sprince@bakerlaw.com
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Tel: 216.621.0200

-and-

**PACHULSKI STANG ZIEHL & JONES LLP**
Michael D. Warner, Esq. (TX Bar No. 00792304)
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
Email: mwarner@pszjlaw.com

*Attorneys for El Paso Disposal, LP;*
*Waste Connections of Texas, LLC;*
*Waste Connections Lone Star, Inc.;*
*and Waste Connections US, Inc.*

3

## CERTIFICATE OF SERVICE

      I hereby certify that, on February 17, 2026, a true and accurate copy of the foregoing was served electronically via the Court's CM/ECF notification system on all parties registered to receive such service.

*/s/ Alexis C. Beachdell*  
Alexis C. Beachdell (*admitted pro hac vice*)  
*Counsel for El Paso Disposal, LP; Waste Connections of Texas, LLC; Waste Connections Lone Star, Inc.; and Waste Connections US, Inc.*
