| | |
|---|---|
| **From:** | 김진희(Jinhee Kim) |
| **To:** | Breeden, Theresa; jpostnikoff@romclaw.com; chochbein@romclaw.com |
| **Cc:** | mwarner@pszjlaw.com; Beachdell, Alexis C.; Rose, Jorian L.; Prince, Scott E.; 전소민(Somin Jun); 이지영(Jiyoung Lee); Blake Glatstein; Emily Chou |
| **Subject:** | RE: In Re: ECube Labs Co. U.S. Bankruptcy Court Northern District of Texas Fort Worth Division Case No. 25-43950 Discovery |
| **Date:** | Friday, January 9, 2026 7:48:52 AM |
| **Attachments:** | image001.png<br>image002.png<br>Waste Connections Parties" Second Set of RFPs (Parent) (01.07.26).pdf |

[External Email: Use caution when clicking on links or opening attachments.]

Dear Ms. Beachdell,

We write in reference to the attached Second Set of RFPs to Ecube Korea received on January 8, 2026. We believe the request is neither proper nor properly served.   I understand that you or your colleague spoke with Ecube Korea's local counsel about the same issue concerning your clients' First Set containing the same RFPs.  It is not clear to us what purpose is being served by this repetition.

In any event, Ecube Korea will respond when properly subpoenaed, notwithstanding that your clients may already possess the information and materials sought in the RFPs.

Best regards,
Jinhee
Counsel for Ecube Korea

**From:** Breeden, Theresa <TBreeden@bakerlaw.com>
**Sent:** Thursday, January 8, 2026 2:23 AM
**To:** jpostnikoff@romclaw.com; chochbein@romclaw.com; 김진희(Jinhee Kim) <jinheekim@jipyong.com>
**Cc:** mwarner@pszjlaw.com; Beachdell, Alexis C. <abeachdell@bakerlaw.com>; Rose, Jorian L. <jrose@bakerlaw.com>; Prince, Scott E. <sprince@bakerlaw.com>
**Subject:** In Re: ECube Labs Co. U.S. Bankruptcy Court Northern District of Texas Fort Worth Division Case No. 25-43950 Discovery

Dear Counsel:

Please see the attached sent on behalf of Alexis C.  Beachdell.

**Theresa Breeden**
Legal Secretary



Key Tower

127 Public Square | Suite 2000

Cleveland, OH 44114-1214

T +1.216.861.6552

tbreeden@bakerlaw.com

bakerlaw.com



This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended recipient
you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted,
lost, destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result of e-mail transmission.