# BakerHostetler

Baker&Hostetler LLP

Key Tower
127 Public Square, Suite 2000
Cleveland, OH  44114-1214

T  216.621.0200
F  216.696.0740
www.bakerlaw.com

February 3, 2026

Alexis C. Beachdell
direct dial: 216.861.7873
abeachdell@bakerlaw.com

**VIA EMAIL ONLY**

Rochelle McCullough LLP
Attn: Joe Postnikoff (JPostnikoff@romclaw.com)
Attn: Curt Hochbein (chochbein@romclaw.com)

Jipyong LLC
Attn: 김진희(Jinhee Kim) (jinheekim@jipyong.com)

Re:   *In re Ecube Labs Co.*, Case No. 25-43950 (Bankr. N.D. Tex.)
      Conferral Regarding Deficiencies in Discovery

Dear Counsel:

      As you know, we represent El Paso Disposal, LP, Waste Connections of Texas, LLC, Waste Connections Lone Star, Inc., and Waste Connections US, Inc. (collectively, the "Waste Connections Parties"), creditors in the above-referenced chapter 11 bankruptcy case (the "Case") of Ecube Labs Co. ("Debtor") pending in the Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court"). We write to confer on Ecube Labs Co., Ltd.'s (the "Debtor Parent") failure to respond to the Waste Connections Parties' written discovery in connection with the *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Secured Post-Petition Financing, (II) Scheduling a Final Hearing, and (III) Granting Related Relief* [Docket No. 48] (the "DIP Motion")[1] and the *Debtor's Motion to Extend and Enforce the Automatic Stay to Its Non-Debtor Parent Ecube Labs Co., LTD.* [Docket No. 85] (the "Motion to Extend Stay").

      On December 18, 2025, the Waste Connections Parties propounded their first requests for the production of documents on the Debtor Parent ("First RFPs") by serving its counsel of record in the Case by email. The First RFPs set a deadline of December 19, 2025 for the Debtor Parent to respond. On January 8, 2026, the Waste Connections Parties propounded their second requests for

---

[1] Debtor, Debtor Parent and the Waste Connections Parties have been negotiating an agreed Final DIP Order, and the Waste Connections Parties continue to expect that will be resolved consensually. However, until the Final DIP Order is entered, Debtor Parent's discovery obligations with respect to the DIP Motion (specifically, RFPs #1 and #2) remain.

Atlanta    Austin    Chicago    Cincinnati    Cleveland    Columbus    Dallas    Denver    Houston    Los Angeles
New York    Orange County    Orlando    Philadelphia    San Francisco    Seattle    Washington, DC    Wilmington

February 3, 2026
Page 2

the production of documents on the Debtor Parent ("Second RFPs", together with the First RFPs, the "RFPs") by serving its counsel of record in the Case by email. The Second RFPs set a deadline of January 14, 2026 for the Debtor Parent to respond. More than six (6) weeks have passed since the Waste Connections Parties served the First RFPs, and more than three (3) weeks have passed since the Waste Connections Parties served the Second RFPs. To date, we have not received *any* responsive documents to the RFPs.

In lieu of a formal response or providing responsive documents, you asserted by email dated January 9, 2026, that the RFPs were not proper or properly served and stated your client's refusal to respond until subpoenaed. As we stated in our same day response to your email, the RFPs are proper and were properly served on the Debtor Parent's counsel of record in the Case as discovery requests in connection with the DIP Motion (for which your client is the DIP lender) and the Motion to Extend Stay (which would stay litigation against your client). The Debtor Parent's failure to produce any documents has already prejudiced and will continue to prejudice the Waste Connections Parties.

Please provide full and complete responses and any responsive documents to all outstanding discovery **by no later than February 5, 2026**. If we do not receive your client's responses by that date, we will file a motion to compel with the Bankruptcy Court without further notice and will seek all appropriate relief, including attorneys' fees and expenses associated with the motion.

We are available to meet and confer by phone **at 10:30 a.m. CT on February 4, 2026**, or at a mutually convenient time before the above deadline.

Nothing in this letter waives any rights, remedies, or objections of the Waste Connections Parties. Please confirm by return email that you will meet the **February 5, 2026** deadline.


Sincerely,

*Alexis Beachdell*

Alexis C. Beachdell


cc:   Jorian Rose (via email at jrose@bakerlaw.com)
      Michael Warner (via email at mwarner@pszjlaw.com)