Emily S. Chou
State Bar No. 24006997
J. Blake Glatstein
State Bar No. 24123295
Mary Taylor Stanberry
State Bar No. 24143781
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102
Tel: 817-214-4990
Email: emily.chou@vkhh.com
        blake.glatstein@vkhh.com
        mary.stanberry@vkhh.com

ATTORNEYS FOR DEBTOR
AND DEBTOR-IN-POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case |
| | ) | |
| ECUBE LABS CO. | ) | Case No. 25-43950 |
| | ) | |
| | ) | |
| Debtor. | ) | |

**MOTION TO EXPEDITE HEARING ON THE DEBTOR'S SECOND
MOTION PURSUANT TO SECTION 1121(d)(2) OF THE BANKRUPTCY
CODE TO EXTEND EXCLUSIVE PERIODS DURING WHICH ONLY THE DEBTOR
MAY FILE AND SOLICIT ACCEPTANCES OF A CHAPTER 11 PLAN [ECF NO. 196]**

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

Ecube Labs Co. ("Ecube" or the "Debtor"), as debtor-in-possession, files this Motion to

Expedite a Hearing on the *Debtor's Second Motion Pursuant to Section 1121(d) of the Bankruptcy*

*Code to Extend the Exclusive Periods During Which Only the Debtor May Solicit Acceptances of*

*a Chapter 11 Plan* [ECF No. 196] (the "Motion to Extend Exclusivity").[1]

---

[1] Capitalized terms not defined in this Motion to Expedite shall have the same meanings ascribed to them as found in the Motion to Extend Exclusivity.

## THE MOTION TO EXTEND EXCLUSIVITY

1.       The Debtor seeks expedited consideration of the Motion to Extend Exclusivity. The current Plan Exclusivity Deadline is set to expire May 11, 2026, and the current Confirmation Exclusivity Deadline is set to expire July 10, 2026. As more fully described in the Motion to Extend Exclusivity, the Debtor is currently awaiting resolution of both the Extend Stay Motion and the Stay Relief Motion, neither of which will be set for hearing until after the El Paso District Court's ruling on Ecube Korea's MTD. The outcomes of both the Extend Stay Motion and Stay Relief Motion are expected to impact the formulation of the Debtor's chapter 11 plan and exit strategy. Accordingly, the Debtor filed the Motion to Extend Exclusivity on April 17, 2026, seeking to further extend the Plan Exclusivity Deadline through and including July 31, 2026, and the Confirmation Exclusivity Deadline through and including September 30, 2026.

2.       Pursuant to Rule 1121(d)(1), the Motion to Extend Exclusivity was timely filed prior to the expiration of the current Plan Exclusivity Deadline of May 11, 2026.  The twenty-one (21) day objection period for the Motion to Extend Exclusivity expires Friday, May 8, 2026.  However, as the current Plan Exclusivity Deadline expires on Monday, May 11, 2026, the Debtor seeks expedited consideration of the Motion to Extend Exclusivity on or before May 8, 2026, in order for it to be considered by the Court prior to the expiration of the current Plan Exclusivity Deadline.

## NOTICE

3.       All parties most likely to have an interest in these matters are parties receiving ECF notice in this case and thus received prompt notice of the Motion and notice of expedited hearing immediately upon filing.

## CONCLUSION

WHEREFORE, the Debtor respectfully requests that the Court grant this Motion to

Expedite and for all such other and further relief as is just and proper.


Dated: April 20, 2026          Respectfully submitted,

> */s/ Mary Taylor Stanberry*
> Emily S. Chou
> State Bar No. 24006997
> J. Blake Glatstein
> State Bar No. 24123295
> Mary Taylor Stanberry
> State Bar No. 24143781
> **VARTABEDIAN KATZ HESTER & HAYNES LLP**
> 301 Commerce Street, Suite 2200
> Fort Worth, Texas 76102
> Tel: 817-214-4990
> Email: emily.chou@vkhh.com
>          blake.glatstein@vkhh.com
>          mary.stanberry@vkhh.com
>
> ATTORNEYS FOR DEBTOR
> AND DEBTOR-IN-POSSESSION


## CERTIFICATE OF SERVICE

I hereby certify that, on April 20, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system on all parties entitled to receive ECF notice.

> */s/ Mary Taylor Stanberry*
> Mary Taylor Stanberry